```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

WWP, INC.,                      )
                                )
            Plaintiff,          )         8:07CV370
                                )
      v.                        )
                                )
WOUNDED WARRIORS, INC.,         )         ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for extension fo time to file reply brief to defendant's opposition to plaintiff's motion for preliminary injunction (Filing No. 23). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until November 9, 2007, to file a response to defendant's opposition to plaintiff's motion for preliminary injunction.

DATED this 8th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court