IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                        )
                                  )
            Plaintiff,            )         8:07CV370
                                  )
      v.                          )
                                  )
WOUNDED WARRIORS, INC.,           )         ORDER
                                  )
            Defendant.            )
_____)
```

This matter is before the Court on defendant's motion for leave to file supplemental index of evidence (Filing No. 32), on plaintiff's motion for leave to file supplemental index of evidence in support of plaintiff's motion for preliminary injunction (Filing No. 34), and plaintiff's unopposed motion for enlargement of time to file responsive pleading to defendant's counterclaim (Filing No. 35).  The Court finds said motions should be granted.  Accordingly,

IT IS ORDERED:

1) Defendant's motion for leave to file supplemental index of evidence is granted; defendant shall have until December 17, 2007, to file its supplemental index of evidence.

2) Plaintiff's motion for leave to file supplemental index of evidence in support of its motion for preliminary injunction is granted; plaintiff shall have until December 17, 2007, to file said index.

3) Plaintiff's motion for enlargement of time to file responsive pleading to defendant's counterclaim is granted; plaintiff shall have until December 20, 2007, to file said response.

DATED this 10th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court