IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                       )
                                 )
            Plaintiff,           )        8:07CV370
                                 )
      v.                         )
                                 )
WOUNDED WARRIORS, INC.,          )        ORDER
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on defendant's motion for leave to file amended counterclaim (Filing No. 38), and plaintiff's unopposed motion for enlargement of time to file responsive pleading (Filing No. 45). Fed. R. Civ. P. 15(a)(2) provides that courts should "freely give leave [to amend pleadings] when justice so requires." The Court notes that plaintiff has not opposed defendant's motion to amend. Similarly, defendant has not opposed plaintiff's motion pursuant to Fed. R. Civ. P. 6(b) to enlarge the time to permit plaintiff to respond to defendant's amended counterclaim. The Court finds that both motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion for leave to file amended counterclaim (Filing No. 38) is granted; defendant shall file said counterclaim on or before January 18, 2008.

2) Plaintiff's unopposed motion for enlargement of time to file responsive pleading (Filing No. 45) is granted; plaintiff

shall have until January 28, 2008, to serve a responsive pleading under Fed. R. Civ. P. 12(b) upon defendant.

DATED this 11th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court