```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

WWP, INC.,                    )
                              )
           Plaintiff,         )          8:07CV370
                              )
      v.                      )
                              )
WOUNDED WARRIORS, INC.,       )          ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on plaintiff WWP, Inc.'s motion for leave to seek early discovery (Filing No. 33). WWP requests that expedited discovery be allowed in accordance with Fed. R. Civ. P. 26(d). Rule 26(d) states that parties "may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . ." The Court notes that the parties filed their report of planning conference on December 28, 2007 (*See* Filing No. 48). Therefore, the Court finds that this motion is moot. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to seek early discovery (Filing No. 33) is denied as moot.

DATED this 14th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court