```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

WWP, INC.,                      )
                                )
            Plaintiff,          )         8:07CV370
                                )
       v.                       )
                                )
WOUNDED WARRIORS, INC.,         )         ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for extension of response deadlines (Filing No. 63). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendant shall have until March 10, 2008, within which to respond to plaintiff's motions to dismiss.

DATED this 15th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court