IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                      )
                                )
         Plaintiff,             )         8:07CV370
                                )
      v.                        )
                                )
WOUNDED WARRIORS, INC.,         )         ORDER
                                )
         Defendant.             )
_____)
```

This matter is before the Court on defendant's motion for extension of response deadline (Filing No. 65). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until March 31, 2008, to respond to plaintiff's motion to dismiss.

DATED this 7th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court