IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WWP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV370 |
| | ) | |
| v. | ) | |
| | ) | |
| WOUNDED WARRIORS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to file third supplemental index of evidence (Filing No. 57), and on plaintiff's motion for leave to file supplemental index of evidence in support of preliminary injunction (Filing No. 74). The Court finds said motions should be granted. Accordingly,

IT IS ORDERED:

1) The motions of the respective parties to file supplemental indexes of evidence are granted; said supplements are deemed filed instanter.

2) The hearing on plaintiff's motion for preliminary injunction (Filing No. 11) is scheduled for:

**Monday, June 16, 2008, at 2 p.m.**,

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court