IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                        )
                                  )
              Plaintiff,          )          8:07CV370
                                  )
          v.                      )
                                  )
WOUNDED WARRIORS, INC.,           )      PRELIMINARY INJUNCTION
                                  )
              Defendant.          )
_____)
```

Pursuant to this Court's memorandum opinion of July 14, 2008 (Filing No. 87), the parties have submitted briefs addressing the amount of the bond WWP, Inc., must post pursuant to Fed. R. Civ. P. 65(c) in order for a preliminary injunction to issue in this case.  The Court has reviewed the briefs and finds that a bond in the amount of $50,000.00 is reasonable and proper. Accordingly, and for the reasons set forth in the memorandum opinion,

IT IS ORDERED that upon filing of the bond required by this order:

1) Defendant Wounded Warriors, Inc. shall remove all content from the internet URL http://www.woundedwarriors.org/.

2) Defendant Wounded Warriors, Inc., on the opening page of any other internet web site it operates, shall prominently display the language "THIS SITE IS NOT AFFILIATED WITH THE WOUNDED WARRIOR PROJECT."

3) Defendant Wounded Warriors, Inc., its officers, directors, agents, servants, employees, and those persons in active concert or participation with them who receive notice in fact of this Order are hereby enjoined, until further order of the Court, from:

        a) Any use of the internet URL http://www.woundedwarriors.org/ for any purpose.

        b) Any redirecting, linking, or otherwise transferring of any visitors from the internet URL http://www.woundedwarriors.org/ to any other website for any purpose.

    DATED this 21st day of July, 2008.

        BY THE COURT:

        /s/ Lyle E. Strom

        _____
        LYLE E. STROM, Senior Judge
        United States District Court