IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                      )
                                )
            Plaintiff,          )      8:07CV370
                                )
      v.                        )
                                )
WOUNDED WARRIORS, INC.,         )      ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time (Filing No. 114). The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until October 16, 2008, to file its reply brief in support of WWP's motion to compel a discovery response.

DATED this 7th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court