```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

WWP, INC.,                    )
                              )
          Plaintiff,          )         8:07CV370
                              )
     v.                       )
                              )
WOUNDED WARRIORS, INC.,       )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for additional time to file a reply brief (Filing No. 119). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until November 14, 2008, to file its reply brief in support of WWP's motion to compel a discovery response.

DATED this 16th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court