IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                       )
                                 )
          Plaintiff,             )        8:07CV370
                                 )
     v.                          )
                                 )
WOUNDED WARRIORS, INC.,          )        ORDER
                                 )
          Defendant.             )
_____)
```

This matter is before the Court on the joint stipulation to extend expert witness disclosure and expert witness testimony deadlines (Filing No. 138). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The deadline for plaintiff's expert report is February 9, 2009.

2) The deadline for defendant's expert report is March 2, 2009.

3) The deadline for filing *Daubert* motions is March 13, 2009.

4) All other deadlines in the Court's final progression order remain in full force and effect.

DATED this 9th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court