```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

WWP, INC.,                      )
                                )
          Plaintiff,            )          8:07CV370
                                )
     v.                         )
                                )
WOUNDED WARRIORS, INC.,         )          ORDER
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff WWP, Inc.'s ("WWP") objections to defendant's 30(b)(6) notice to take deposition of wounded warrior project (Filing No. 103), and its motion to compel a discovery response (Filing No. 105), defendant Wounded Warriors, Inc.'s ("Wounded Warriors") objection to Rule 30(b)(6) deposition notice (Filing No. 123), motion to quash deposition notices and request for expedited relief (Filing No. 129), and withdrawal of motion to quash deposition notices and objection to Rule 30(b)(6) deposition notice (Filing No. 133). The Court notes that WWP (*see* Filing No. 132) wishes to withdraw Filing No. 105 and Wounded Warriors (*see* Filing No. 133) moves to withdraw Filing Nos. 123 and 129.  Counsel for WWP has notified the Court that the parties have proceeded with the 30(b)(6) deposition of WWP, and therefore the Court will overrule its objections thereto (Filing No. 103) as moot, without prejudice to their reassertion in a subsequent motion or at trial. Accordingly,

IT IS ORDERED:

1) Wounded Warrior's motion (Filing No. 133) for withdrawal of motion to quash deposition notices and request for expedited relief (Filing No. 129) and objection to Rule 30(b)(6) deposition notice (Filing No. 123) is granted;

2) Filing Nos. 103, 105, 123, and 129 are denied as moot.

DATED this 5th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court