```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

WWP, INC.,                       )
                                 )
               Plaintiff,        )           8:07CV370
                                 )
      v.                         )
                                 )
WOUNDED WARRIORS, INC.,          )           ORDER
                                 )
               Defendant.        )
_____)
```

This matter is before the Court on the joint stipulation to extend progression deadlines (Filing No. 146). The Court finds the stipulation should be approved and adopted. Accordingly,

    IT IS ORDERED:

    1) The deadline for plaintiff's expert report is March 9, 2009.

    2) The deadline for defendant's expert report is April 2, 2009.

    3) The deadline for nonexpert witness disclosures is March 25, 2009.

    4)  The deadline for filing *Daubert* motions is April 13, 2009.

    5) The deadline for discovery cutoff is April 24, 2009.

    6) The deadline for the filing of motions for summary judgment is April 27, 2009.

7) All other deadlines in the Court's final progression order remain in full force and effect.

DATED this 10th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court