IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                        )
                                  )
            Plaintiff,            )       8:07CV370
                                  )
      v.                          )
                                  )
WOUNDED WARRIORS, INC.,           )       ORDER
                                  )
            Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to submit plaintiff's expert report (Filing No. 153). No objections have been filed, and the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until April 9, 2009, to file its expert disclosure and report.

DATED this 23rd day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court