IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                      )
                                )
           Plaintiff,           )        8:07CV370
                                )
      v.                        )
                                )
WOUNDED WARRIORS, INC.,         )        ORDER
                                )
           Defendant.           )
_____)
```

This matter is before the Court on defendant's motion to extend deadline to disclose expert witnesses (Filing No. 162) and on plaintiff's motion to amend progression order (Filing No. 173).

IT IS ORDERED that a scheduling conference is set for:

**Friday, May 15, 2009, at 10 a.m.**

in the chambers of the undersigned, Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 28th day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court