IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                        )
                                  )
          Plaintiff,              )     8:07CV370
                                  )
     v.                           )
                                  )
WOUNDED WARRIORS, INC.,           )     ORDER
                                  )
          Defendant.              )
_____)
```

This matter is before the Court on defendant Wounded Warriors, Inc.'s motion to extend deadline to disclose expert witness (Filing No. 224).  Plaintiff WWP, Inc. objects on the grounds that previous extensions have been granted, that ample time to disclose has passed, and that defendant's counsel have been aware of the vacation issue for some time.  (*See* Filing No. 225.)  The Court finds that the motion should be granted in part. No further extensions of this deadline will be granted. Accordingly,

IT IS ORDERED that defendant's motion to extend deadline to disclose expert witness (Filing No. 224) is granted in part; defendant shall have until July 28, 2009, to file its expert witness disclosure and report.

DATED this 20th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court