```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

WWP, INC.,                       )
                                 )
            Plaintiff,           )        8:07CV370
                                 )
      v.                         )
                                 )
WOUNDED WARRIORS, INC.,          )        ORDER
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion to strike (Filing No. 232) and plaintiff's stipulation regarding motion to strike (Filing No. 247). Pursuant to the stipulation,

IT IS ORDERED:

1) Plaintiff's stipulation regarding motion to strike (Filing No. 247) is approved and adopted.

2) Plaintiff's motion to strike (Filing No. 232) is denied without prejudice.

DATED this 20th day of August, 2009.
BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court