```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                     DISTRICT OF NEBRASKA

WWP, INC.,                      )
                                )
          Plaintiff,            )        8:07CV370
                                )
     v.                         )
                                )
WOUNDED WARRIORS, INC.,         )        ORDER
                                )
          Defendant.            )
_____)
```

This matter is before the Court on stipulation of the parties regarding witnesses (Filing No. 261). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the stipulation regarding witnesses is approved and adopted. The parties will not call Craig Pirtle to testify at trial.

DATED this 31st day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court