```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

WWP, INC.,                     )
                               )
            Plaintiff,         )         8:07CV370
                               )
      v.                       )
                               )
WOUNDED WARRIORS, INC.,        )             ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's withdrawal (Filing No. 264) of motion to compel (Filing No. 156) and related documents Filing Nos. 157 and 258. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's withdrawal of motion to compel is granted. The motion to compel (Filing No. 256) and related documents (Filing Nos. 157 and 158) are deemed withdrawn.

DATED this 31st day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court