```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                           DISTRICT OF NEBRASKA

WWP, INC.,                      )
                                )
               Plaintiff,       )          8:07CV370
                                )
         v.                     )
                                )
WOUNDED WARRIORS, INC.,         )          ORDER
                                )
               Defendant.       )
_____)
```

       This matter is before the Court on plaintiff's motion to withdraw its motion to compel (Filing No. 277). The Court finds the motion should be granted. Accordingly,

       IT IS ORDERED that plaintiff's motion to withdraw its motion to compel is granted. Filing No. 270 is deemed withdrawn.

       DATED this 11th day of September, 2009.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court