# U.S. District Court
## District of Nebraska
### Internet Payment History for Shehan, Suzanne M.
### 9/1/2007 to 9/30/2007

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 8:07-cv-00370-LES-FG3 | 2007-09-17 14:20:45 | Complaint(8:07-cv-00370) [cmp cmpatty] ( 350.00) | credit card | 1034553 | $ 350.00 |

**JASA INVESTIGATIVE SERVICES, INC.**
P.O. BOX 24035
OMAHA, NE 68124
(402) 333-9696

# Invoice

#101395

*(handwritten)* 131020I-2
APPROVEDL RITA
REC'D OMAHA...  OCT - 9 2007

| DATE | INVOICE # |
|------|-----------|
| 10/5/2007 | 9556 |



**BILL TO:**

Kutak Rock LLP
Attn: Rita Troudt
1650 Farnam Street
Omaha, NE 68102

Q110216

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RE: Wounded Warriors, Inc. | |
| | |
| Process Service | 75.00T |
| Sales Tax | 5.25 |

We appreciate your business!



EXHIBIT
A

**TOTAL** $80.25

723 (5/06)

# KUTAK ROCK LLP

**THE OMAHA BUILDING**
**1650 FARNAM STREET**
**OMAHA, NEBRASKA 68102-2186**

**402-346-6000**
**FACSIMILE 402-346-1148**

**www.kutakrock.com**

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

RITA K. TROUDT
rita.troudt@kutakrock.com
(402) 346-6000 Ext. 1406

September 27, 2007

JASA Investigations
3032 South 87th Street
Omaha, NE 68124

Re:    *WWP, Inc. v. Wounded Warriors, Inc.*
       Service of Summons and Complaint

Dear Sir/Madam:

Enclosed you will find an original and one copy of a Summons in a Civil Case and a copy of a Complaint to be served upon Defendant Wounded Warriors, Inc in the above-referenced matter. I would appreciate it if you would personally serve the Summons and Complaint upon its registered agent, D.C. Bradford, at the address set forth on the Summons. Once you have served Mr. Bradford, please complete the Return of Service on the duplicate Summons and return it to me in the enclosed envelope.

Thank you for your assistance with this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

Kutak Rock LLP

Rita K. Troudt
Paralegal

Enclosures

cc:    Suzanne Shehan

4829-8176-7937.1

**JASA INVESTIGATIVE SERVICES, INC.**
P.O. BOX 24035
OMAHA, NE 68124
(402) 333-9696

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/11/2008 | 9667 |

**BILL TO:**

Kutak Rock LLP
Attn: Sara Mathews
1650 Farnam Street
Omaha, NE  68102-2186



Q125386

| DESCRIPTION | AMOUNT |
|---|---|
| RE: WWP, Inc. v. Wounded Warriors, Inc.   *1310201-2* | |
| Process Service - JBK Designs | 75.00T |
| Sales Tax | 5.25 |



*101395*



*101395*

REC'D **OMA ACCTG** JUL 16 2008

We appreciate your business!

| **TOTAL** | $80.25 |



EXHIBIT
**B**



# Approved Check Request

| This request has been | Approved ▾ | by | Jane E. Thomsen |
|---|---|---|---|

| Reason Denied: *(if applicable)* | | |
|---|---|---|

| Forward to: | CheckRequests@KutakRock.com | Submit |
|---|---|---|
| Requested By: | Sara Mathews * | Date Submitted: | 4/20/2009 9:30:30 AM |
| Employee No: | 4497 * | Date Needed: | 4/21/2009 * |
| Send Check To: | Jane Thomsen * | Time Needed | 9:30 AM |
| Amount $ | $47.70 * | | |
| Vendor No: | 100531 4 | | |
| Payee: | JBK Designs * | | |
| Address: | Suite 134 440 Regency Parkway Omaha, NE 68114 | | |
| Description: | Deposition witness and mileage fee * | | |
| Special Instructions: | This subpoena must be hand delivered to process server on 4/21/09 to be served so please notice we need check in the morning. | | |

| Client Matter or Account Name | Client Matter or Account No. | Amount: $ |
|---|---|---|
| WWP v Wounded Warriors * | 1310201-2 * | $47.70 * |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total: | $47.70 |

Q156712

**EXHIBIT C**

tabbies

# INVOICE

**Doug Jasa**
P.O. Box 24035
Omaha, NE 68124
Phone: 402-612-8100
Fax: 402-333-3280

Q135613

**Sara M. Mathews**
**Kutak Rock LLP**
**The Omaha Building**
**1650 Farnam Street**
**Omaha, NE 68102-2186**

REC'D OMA ACCTG APR 2 9 2009

**INVOICE DATE: 04/23/09**

| DESCRIPTION | QUANTITY | PRICE EACH | AMOUNT |
|---|---|---|---|
| **Process Service Re:** | 1.00 | | $ 65.00 |
| WWP, Inc. v Wounded Warriors, Inc | | | |
| JBK Designs | | | |

**Please make check payable to Doug Jasa.  Thank you!**

REC'D OMA ACCTG APR 2 8 2009

| | | |
|---|---|---|
| SUBTOTAL | $ | 65.00 |
| TAX RATE | | 0.00% |
| SALES TAX | | |
| CREDIT | | - |
| MILEAGE | | |
| **TOTAL** | $ | 65.00 |

1000236   1310201-2

ok to pay
Smm



EXHIBIT
D

# Approved Check Request

| This request has been | Approved ▼ | by | Jane E. Thomsen |
|---|---|---|---|

| Reason Denied: *(if applicable)* | | |
|---|---|---|

| Forward to: | CheckRequests@KutakRock.com | Submit |
|---|---|---|

| Requested By: | Sara Mathews | * | Date Submitted: | 8/18/2009 12:35:18 PM |
|---|---|---|---|---|
| Employee No: | 4497 | * | Date Needed: | 8/18/2009 | * |
| Send Check To: | Jane Thomsen | * | Time Needed: | 4:00 PM |
| Amount $ | $68.00 | * | | |
| Vendor No: | 1005570 | | | |
| Payee: | Libby Baker | | | |
| Address: | 3 Bedell Road Amawalk, NY 10501 | | | |

Q151999

| Description: | Deposition witness and mileage fees | * |
|---|---|---|

| Special Instructions: | |
|---|---|

| Client Matter or Account Name | Client Matter or Account No. | Amount: $ |
|---|---|---|
| WWP v. Wounded Warrior * | 1310201-2 * | $68.00 * |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Total: $68.00 |

EXHIBIT

E

tabbies®

## Approved Check Request

| | |
|---|---|
| This request has been | Approved ☑ by Jane E. Thomsen |
| Reason Denied: *(if applicable)* | |
| Forward to: | CheckRequests@KutakRock.com [ Submit ] |

| | | | |
|---|---|---|---|
| Requested By: | Sara Mathews * | Date Submitted: | 8/18/2009 12:35:18 PM |
| Employee No: | 4497 * | Date Needed: | 8/18/2009 * |
| Send Check To: | Jane Thomsen * | Time Needed: | 4:00 PM |
| Amount $ | $90.00 * | | |
| Vendor No: | ~~100597~~ | | |
| Payee: | State Process Serving Company * | | |
| Address: | 3281 Elk Court Yorktown Heights, NY 10598 *see backup* *PO Box 995 Yorktown Heights NY 10598* | | |
| Description: | Service of subpoena * | | |
| Special Instructions: | | | |

Q152001

| Client Matter or Account Name | Client Matter or Account No. | Amount: $ |
|---|---|---|
| WWP v. Wounded Warrior * | 1310201-2 * | $90.00 * |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total: | $90.00 |

EXHIBIT
F



# STATE
## PROCESS SERVING COMPANY
A Nationwide Process Serving Company

**call today**
**914.243.5817**

*"Your Legal Support Company Serving Near & Far"*

**NEW YORK STATE PROCESS SERVER**

State Process Serving Company located in Yorktown Heights, New York, provides nationwide process service and record retrieval for the legal profession.

We have been successfully serving attorneys and process servers with prompt and competent attention since 1989 and would welcome the chance to provide these services for your firm.

*Our Services include:*

• Nationwide Process Server specializing in New York including: Westchester, Putnam, Rockland, Dutchess, Orange, Bronx, Manhattan, Brooklyn, Queens, Staten Island, Nassau and Suffolk.
• Purchase Index Numbers
• File Affidavits of Service
• Address Verification
• Skip Trace - Various Levels
• Surveillance
• Document Retrieval

State Process Serving Company is a
*Founding Member* of the
**"New York State Professional Process Servers Association"**

State Process Serving Company is also
a *upstanding member* of the NAPPS
**(National Assoc. of Professional Process Servers)**

**Please contact us for a free quote!**

**State Process Serving Company**
**Christopher D. Fragette**
**President**

| Mailing Address | Shipping Address |
| --- | --- |
| P.O. Box 625 | 3281 Elk Court |
| Yorktown Heights | Yorktown Heights |
| New York 10598 | New York 10598 |

**Phone: 914-243-5817**
**Fax: 914-243-5827**
**Email: info@stateprocessserving.com**

©2004 State Process Serving Company · All Rights Reserved · Site Designs// MSM DesignZ, Inc.

**KUTAK ROCK LLP**

THE OMAHA BUILDING
1650 FARNAM STREET
OMAHA, NEBRASKA 68102-2186

402-346-6000
FACSIMILE 402-346-1148

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
PHILADELPHIA
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

SARA M. MATHEWS
sara.mathews@kutakrock.com
(402) 346-6000

August 18, 2009

**VIA FED-EX OVERNIGHT DELIVERY**
**VIA E-MAIL INFO@STATEPROCESSSERVING.COM**

State Process Serving Company
3281 Elk Court
Yorktown Heights, NY 10598

      Re:    *WWP, Inc., v. Wounded Warriors, Inc.*
           United States District Court, District of Nebraska, Case No. 8:07CV370

Dear Sir/Madam:

      Enclosed you will find an original (with attached cover letter and check) and one copy of Subpoena in a Civil Case issued on Libby Baker. I would appreciate it if you would personally serve the Subpoena, including the attached cover letter and check, on Libby Baker at the address set forth on the Subpoena. Once you have served the Subpoena, please complete the Proof of Service on the duplicate Subpoena and return it to me in the enclosed envelope. Please note that the subpoena **must be served by Thursday, August 20, 2009** as the deposition is Friday, August 21, 2009. Ms. Baker's phone number is 914-560-4020 which may help in the coordination of service.

      Also enclosed is a check to State Process Serving Company for $90.00 regarding any fees incurred for the service of the enclosed subpoena.

      Thank you for your assistance with this matter. Please do not hesitate to contact me if you have any questions.

            Sincerely,

            Sara M. Mathews
            Paralegal

Enclosures

cc:    Amber Allred Furbee, Esq.

4826-3871-9748.1

## Issued by the
# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

WWP, INC., Plaintiff,

**SUBPOENA IN A CIVIL CASE**

v.

WOUNDED WARRIORS, INC., Defendant

**CASE NUMBER:**[1] **8:07CV370**

(District of Nebraska)

**TO: Libby Baker**
**3 Bedell Road**
**Amawalk, NY 10501**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |

☒ **YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Dalco Reporting, Inc., 170 Hamilton Avenue, Suite 303, White Plains, NY 10601 | August 21, 2009 @ 1:00 pm CDT/2:00 pm EDT |

☒ **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**

| PLACE | DATE AND TIME |
|---|---|
| Any and all documents relating to donation(s) from you to Wounded Warrior Project, Wounded Warriors, Inc., Wounded Warrior Hospital Fund, or Wounded Warriors Family Support. | August 21, 2009 @ 2:00 pm EDT |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | |
|---|---|
| | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Amber Allred Furbee* , Attorney for Plaintiff | August 18, 2009 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Amber A. Furbee, Esq., KUTAK ROCK LLP, The Omaha Building, 1650 Farnam Street, Omaha, NE 68102. (402) 346-6000

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

NOTICE TO ADVERSE PARTIES

Pursuant to NECivR 45.1(a), no subpoenas for production or inspection may be issued for service on a nonparty without giving the adverse party at least ten (10) days notice before the subpoena will be issued.
Notice to Adverse Party Wounded Warriors, Inc. and their attorneys, D.C. Bradford, John B. Ashford, and Justin D. Eichmann, Bradford & Coenen, First National Center, 1620 Dodge Street, Suite 1800, Omaha, Nebraska 68102, was served on August 18, 2009.

---

[1] If Action is pending in district other than district of issuance, state district under case number.

| PROOF OF SERVICE | | |
|---|---|---|
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
        Date

        Signature of Server

        Address of Server

Federal Rule of Civil Procedure 45 (c), (d), and (e), as amended on December 1, 2007:

(c) PROTECTING A PERSON SUBJECT TO A SUBPOENA

(1) Avoiding Undue Burden or Expense; Sanctions. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorneys' fees—on a party or attorney who fails to comply.

(2) Command to Produce Materials or Permit Inspection.

(A) Appearance Not Required. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) Objections. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) Quashing or Modifying a Subpoena.

(A) When Required. On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person—except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) When Permitted. To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) Specifying Conditions as an Alternative. In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

(d) DUTIES IN RESPONDING TO A SUBPOENA.

(1) Producing Documents or Electronically Stored Information. These procedures apply to producing documents or electronically stored information:

(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) Form for Producing Electronically Stored Information Not Specified. If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) Electronically Stored Information Produced in Only One Form. The person responding need not produce the same electronically stored information in more than one form.

(D) Inaccessible Electronically Stored Information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) Claiming Privilege or Protection.

(A) Information Withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) Information Produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT.

The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

**KUTAK ROCK LLP**
OPERATING ACCOUNT
THE OMAHA BUILDING
1650 FARNAM ST.
OMAHA, NE 68102-2186

**FIRST NATIONAL BANK OF OMAHA**
OMAHA, NE 68102
(402) 633-3200
FREMONT NATIONAL BANK & TRUST CO.
FREMONT, NE 68025
75-4/1049

**1125688**

1125688

THE SUM Ninety and 00/100 DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| | 8/18/2009 | $90.00* |

PAY TO THE ORDER OF

STATE PROCESS SERVING COMPANY
P O BOX 625
YORKTOWN HEIGHTS, NY 10598

VOID AFTER 6 MONTHS
**KUTAK ROCK LLP**

By: *Jill M. Jusik*

1005597

⑆ 1125688 ⑆ ⑈ 104900048 ⑈ 246904 70 ⑈

⚿ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⚿

---

**1125688**

STATE PROCESS SERVING COMPANY
First National Bank Operating

1005597

Check No.    1125688

| Invoice No. | Date | Description | Payment |
|---|---|---|---|
| 081809 | 8/18/2009 | Service of Process | 90.00 |

Check Total:    $90.00*

PRINTED IN U.S.A.

# Thibault, Suhr & Thibault, Inc.

Suite 107
6818 Grover Street
Omaha, NE 68106
(402) 331-2500   (402) 331-1198 (Fax)

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2008 | 75594 |

**To**

Ms. Suzanne M. Shehan
Kutak Rock, LLP
1650 Farnam Street
Omaha  NE  68102



Q125007

| Court Repor... | Job Date | Delivery Via | Case | | | |
|----------------|----------|--------------|------|---|---|---|
| JP | 6/10/2008 | Griffs | WWP v. Wou ded Warriors | | | |

| Unit | Description | Witness | Price ... | Amount |
|------|-------------|---------|-----------|--------|
| 263 | Original Four Day | John Folsom | 5.25 | 1,380.75 |
| 6.25 | Attendance Fee | 6 1/4 Hours | 20.00 | 125.00 |
| | Subtotal | | | 1,505.75 |
| 43 | Exhibits | | 0.20 | 8.60 |
| | Delivery | June 17, 2008 | 4.50 | 4.50 |
| | | WWP, Inc. | | |
| | | v. | | |
| | | Wounded Warriors, Inc. | | |

REC'D OMA ACCTG   JUN 18 2008

100544

PAY IN FULL WITHIN 30 DAYS.

13102/01-2

EXHIBIT
G

| | Total | $1,518.85 |
|---|-------|-----------|

MAKE CHECKS PAYABLE TO:
Thibault, Suhr & Thibault, Inc.
Fed I.D. 47-0623076

PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.  Thanks.

# Thibault, Suhr & Thibault, Inc.

Suite 107
6818 Grover Street
Omaha, NE 68106
(402) 331-2500   (402) 331-1198 (Fax)

# Invoice

| Date | Invoice # |
|---|---|
| 6/16/2008 | 75594 |

| To |
|---|
| Ms. Suzanne M. Shehan<br>Kutak Rock, LLP<br>1650 Farnam Street<br>Omaha NE 68102 |

| Court Repor... | Job Date | Delivery Via | Case | |
|---|---|---|---|---|
| JP | 6/10/2008 | Griffs | WWP v. Wou ded Warriors | |

| Unit | Description | Witness | Price ... | Amount |
|---|---|---|---|---|
| 263 | Original Four Day | John Folsom | 5.25 | 1,380.75 |
| 6.25 | Attendance Fee | 6 1/4 Hours | 20.00 | 125.00 |
| | Subtotal | | | 1,505.75 |
| 43 | Exhibits | | 0.20 | 8.60 |
| | Delivery | June 17, 2008 | 4.50 | 4.50 |
| | | WWP, Inc.<br>v.<br>Wounded Warriors, Inc. | | |

| | Total | $1,518.85 |
|---|---|---|

MAKE CHECKS PAYABLE TO:
Thibault, Suhr & Thibault, Inc.
Fed I.D. 47-0623076

PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.  Thanks.

13102/01-2

# *Think Video*

7914 West Dodge Road, #436
Omaha, NE 68114
 402 597-6300 FAX 592 0349
John F. MacKnight--thinkvideo@aol.com

# Invoic

| Date | Invoice |
|------|---------|
| 6/17/2008 | 6715 |

**Bill To**

Kutak Rock, LLP
SUZANNE SHEHAN, Esquire
ATTN.: AMBER FURBEE, Legal Assistant
1650 Farnam Street
Omaha, NE  68102-2186  346.6000

Q125008

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | VIDEO DEPOSITION OF JOHN FOLSOM ON 6/10/2008 |  |  |
| 1 | EXPEDITED MPEG 1 ON DVD.  *Plus 2 complimentary copies* | 955.00 | 955.0 |
|  | TAPES 1- 1 HR. 22 min.; TAPE 2 -1 HR. 25 min.; TAPE 3 - 1 HR. 25 min.; TAPE 4 = 62 MIN.S |  |  |
|  | TRANSFERRED TO MPEG -1 ON DVD. |  |  |
|  | CASE NO. 07CV370 |  |  |
|  | WWP, INC., |  |  |
|  | PLAINTIFF, |  |  |
|  | VS. |  |  |
|  | WOUNDED WARRIORS, INC., |  |  |
|  | DEFENDANT. |  |  |

100805

REC'D OMA ACCTG  JUN 2 5 2008

Amber Allred Furbee 6/23

Thank you for your business.  John MacKnight

| **Total** | $955.00 |



EXHIBIT
H

**WEYANT REPORTING ASSOCIATES**
P.O. Box 6542
Omaha, Nebraska 68106-0542
Fed. I.D. # 47-0708545
Telephone: (402) 345-5202
Fax: (402) 345-5528


Q133779

INVOICE
Invoice No.: 5255
Invoice Date: 12/5/08
Date taken: 11/20/08
Reporter: Pam Weyant

Suzanne M. Shehan
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102

REC'D **OMA ACCTG** DEC - 9 2008

U.S. District Court - District of Nebraska
Case No. 8:07CV370
WWP, Inc., vs. Wounded Warriors, Inc.

Original and one copy, with E-Tran:                      $ 366.40
    Videotaped Deposition of Matt Butler

Complimentary keyword index                                 N/C

                                          Total    $ 366.40

**PLEASE RETURN ONE COPY OF INVOICE WITH PAYMENT TO:**
Weyant Reporting Associates
P.O. Box 6542
Omaha, NE 68106-0542
(402) 345-5202
**THANK YOU!**

10021772          13102/01-2


EXHIBIT
I

# *Think Video*

7914 West Dodge Road, #436
Omaha, NE 68114
 402 597-6300 FAX 592 0349
John F. MacKnight--thinkvideo@aol.com

# *Invoice*

| Date | Invoice # |
|---|---|
| 11/26/2008 | 7019 |

| Bill To |
|---|
| Kutak Rock, LLP<br>Amber Furbee, Esquire<br>The Omaha Building,  1650 Farnam Street<br>Omaha, NE  68102-2186<br>346.6000 |



Q133740

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | VIDEO DEPOSITION OF MATT BUTLER ON 11/20/2008<br><br>IN THE UNITED STATES DISTRICT COURT<br>  DISTRICT OF NEBRASKA<br>    NO. 8:07CV370<br>WWP, INC.,<br>PLAINTIFF,<br>VS.<br>WOUNDED WARRIORS, INC.,<br>DEFENDANT. | 414.00<br>-38.00 | 414.00<br>-38.00 |

*—3 sets of 2 discs— extras complimentary*

*100805*

*REC'D OMA ACCTG DEC - 8 2008*

*13102/01-2*

Thanks!  Complimentary DVDs included at no additional charge.  Happy Holidays!!  John MacKnight.

| Total | $376.00 |
|---|---|

**EXHIBIT**

J

**WEYANT REPORTING ASSOCIATES**
P.O. Box 6542
Omaha, Nebraska 68106-0542
Fed. I.D. # 47-0708545
Telephone: (402) 345-5202
Fax: (402) 345-5528

Q150922

**I N V O I C E**
Invoice No.: 5380
Invoice Date: 5/13/09
Date taken: 4/24/08
Reporter: Pam Weyant

Suzanne M. Shehan
Kutak Rock, LLP
1650 Farnam Street
Omaha, NE 68102

===========================================================
U.S. District Court - District of Nebraska
Case No. 8:07CV370
WWP, Inc., vs. Wounded Warriors, Inc.
===========================================================

Original and one copy each:                           $ 712.56
    Deposition of JOHN FOLSOM
    Deposition of KATE McCAULEY
    Deposition of KATHY DAVID

                                    Total       $ 712.56

===========================================================
**PLEASE RETURN ONE COPY OF INVOICE WITH PAYMENT TO:**
Weyant Reporting Associates
P.O. Box 6542
Omaha, NE 68106-0542
(402) 345-5202
**THANK YOU!**

REC'D OMA ACCTG MAY 26 200

100277 OK to pay
aaf
5·21·09

EXHIBIT
tabbies
**K**

# *Think Video*

7914 West Dodge Road, #436
Omaha, NE 68114
 402 597-6300 FAX 592 0349
John F. MacKnight--thinkvideo@aol.com

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 5/4/2009 | 7255 |

**Bill To**

Kutak Rock, LLP
Suzanne M Shehan, Esq/Thomas J Kenny, Esq
Amber A Furbee, Esq
The Omaha Building,   1650 Farnam Street
Omaha, NE   68102-2186   346.6000



Q150923

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | VIDEO DEPOSITION OF JOHN FOLSOM, 30B6 ON APRIL 24, 2009 | 455.00<br>-41.00 | 455.00<br>-41.00 |
|  | IN THE UNITED STATES DISTRICT COURT<br>    FOR THE DISTRICT OF NEBRASKA<br>        CASE NO. 8:07CV370<br>WWP, INC., A VIRGINIA NON-PROFIT CORPORATION,<br>PLAINTIFF,<br>VS.<br>WOUNDED WARRIORS, INC., A NEBRASKA NON-PROFIT CORPORATION,<br>DEFENDANT. |  |  |

*100805*

*OK to pay*

REC'D OMA ACCTG MAY 26 2009

Thanks!  Complimentary DISCS included at no additional charge.  John MacKnight.

| **Total** | $414.00 |
|-----------|---------|

13102/01-2

**EXHIBIT**

**L**

## WEYANT REPORTING ASSOCIATES

P.O. Box 6542
Omaha, Nebraska 68106-0542
(402) 345-5202
Fed. I.D. #47-0708545

**I N V O I C E**
Invoice No. 6030
Invoice Date: 9/4/09
Date of Job: 9/3/09
Reporter: Jill Albracht

Amber A. Furbee
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102


Q152351

United States District Court
Fro the District of Nebraska
Case No. 8:07CV370
WWP, Inc. v. Wounded Warriors, Inc.

| | |
|---|---|
| Original and one copy:<br>    Deposition of Dennis R. Hein | $1047.50 |
| Complimentary condensed transcript | N/C |
| Total | $1047.50 |

REC'D OMA ACCTG SEP 1 4 2009

**PLEASE RETURN ONE COPY OF INVOICE WITH PAYMENT TO:**
Weyant Reporting Associates
P.O. Box 6542
Omaha, Nebraska 68106-0542



**THANK YOU!**

DL008
ET0051

# *Think Video*

7914 West Dodge Road, #436
Omaha, NE 68114
402 597-6300 FAX 592 0349
John F. MacKnight--thinkvideo@aol.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/3/2009 | 7426 |

Q152347

| Bill To |
|---|
| Kutak Rock, LLP<br>Bart L. McLeay, Esq/Amber A. Furbee, Esq<br>The Omaha Building, 1650 Farnam Street<br>Omaha, NE 68102-2186<br>346.6000 |

100805

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | VIDEO DEPOSITION OF DENNIS R. HEIN ON SEPTEMBER 3, 2009<br>~ DVDs & any additional videos are complimentary.<br>1:30PM - 5:00PM ~ DELIVERY SEPT. 4TH BY NOON<br>4 VIDEOS COMBINED INTO 1 MPEG-1 | 540.00 | 540.00 |
| | IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEBRASKA<br>CASE NO. 8:07CV370<br>WWP, INC., A VIRGINIA NON-PROFIT CORPORATION,<br>PLAINTIFF,<br>VS.<br>WOUNDED WARRIORS, INC., A NEBRASKA NON-PROFIT CORPORATION,<br>DEFENDANT. | -50.00 | -50.00 |

MPEG
1 Master DVD + 3 identical copies

REC'D OMA ACCTG SEP 09 2009

EXHIBIT
tabbies
2

Thank you for your business. John MacKnight

**Total** $490.00

131020I-2

OK to pay 8mm

# Invoice

Bobbi M. Randall, RPR, CSR
Matheson-Taulborg Court Reporters
7602 Pacific Street, Suite LL101
Omaha, NE 68114

| DATE | INVOICE # |
|---|---|
| 9/9/2009 | 3182 |

Q152341

| BILL TO |
|---|
| Suzanne Shehan<br>1650 Farnam Street<br>Omaha, NE 68102 |

101672

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Copy of Deposition | Deposition of Korin Davis; WWP vs. Wounded Warrior | 65.00 |

REC'D OMA ACCTG SEP 16 2009

thank you!

Make checks payable to Bobbi M. Randall
Tax I.D. No. 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

**Total** 65.00

13102/01-2

EXHIBIT
O



# Metropolitan
## COURT REPORTERS
*Videography* ▼ *Videoconferencing*

9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210
800-748-7511   913-317-8800   FID: 36-3600268

Job #: 090821NMS
Job Date: 08/21/2009
Order Date: 08/21/2009
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 11023 |
| **Inv.Date:** | 08/24/2009 |
| **Balance:** | $181.15 |

---

**Bill To:**
M s. Amber A. Furbee
Kutak Rock LLP
1540 Farnam Street
The Omaha Building
Omaha, NE 68102-2186

Action: **WWP, Inc.**
                vs
        **Wounded Warriors, Inc.**
Action #: **8:07CV370**
Rep: **NMS**
Cert: **MO,KS**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Brenda P. Carpenter | Transcript | $74.10 |
| 2 | | (Delivered in E-Tran Format Only) | $0.00 |
| 3 | | Attendance | $75.00 |
| 4 | | Signature | $20.00 |
| 5 | | Exhibits - Scanned | $1.05 |
| 6 | | Shipping & Handling | $11.00 |

*103143*

Q152154

**Comments:**

We  appreciate your business.  Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $181.15 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $181.15 |
| Payment | $0.00 |
| **Balance Due** | $181.15 |

Federal Tax I.D.: 36-3600268          **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

*1310201-2*

*Ok to
pay
Smm*

---

**Bill To:**
Mr.  Amber A. Furbee
Kutak Rock LLP
1540 Farnam Street
The Omaha Building
Omaha, NE 68102-2186

**Deliver To:**
Mr.  Amber A. Furbee
Kutak Rock LLP
1540 Farnam Street
The Omaha Building
Omaha, NE 68102-2186

# Invoice

**Metropolitan Court Reporters, Inc.**
**9200 Indian Creek Parkway**
**Suite 205**
**Overland Park, KS 66210**

Phone: (913) 317-8800
Fax: (913) 317-8850

**Invoice #:** 11023
**Inv.Date:** 08/24/2009
**Balance:** $181.15
**Job #:** 090821NMS
**Job Date:** 08/21/2009
**DB Ref.#:**
**Date of Loss:**  / /
**Your File #:**
**Your Client:**

EXHIBIT
**P**
tabbies





**Job #:** 090821DSP
**Job Date:** 08/21/2009
**Order Date:** 08/21/2009
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

| | |
|---|---|
| **Invoice #:** | 11044 |
| **Inv.Date:** | 08/25/2009 |
| **Balance:** | $250.00 |

*Videography* ▼ *Videoconferencing*

9200 Indian Creek Parkway - Suite 205 - Overland Park, KS 66210
800-748-7511   913-317-8800   FID: 36-3600268

*Bill To:*
**Mr.  Amber A. Furbee**
**Kutak Rock LLP**
**1540 Farnam Street**
**The Omaha Building**
**Omaha, NE 68102-2186**

**Action:** **WWP, Inc.**
*vs*
**Wounded Warriors, Inc.**
**Action #:** **8:07CV370**
**Rep:** **DSP**
**Cert:**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Brenda P. Carpenter | Video Appearance (First two hours) | $200.00 |
| 2 | | Video Digital Master | $10.00 |
| 3 | | Encode DV to MPEG1 to DVD | $40.00 |

*103143*

Q152153

**Comments:**

We  appreciate your business.  Our Invoices are Due Upon Receipt

| | |
|---|---|
| Sub Total | $250.00 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | **$250.00** |
| Payment | $0.00 |
| **Balance Due** | **$250.00** |

*Federal Tax I.D.:* 36-3600268       **Terms:** Net 30 Days @ 1.5%

Please *KEEP THIS PART* for *YOUR RECORDS.*
Please *FOLD* then *TEAR HERE* and *RETURN THIS PART* with *PAYMENT.*

*1310201-2*  OK to pay Smith

*Bill To:*
**Mr.  Amber A. Furbee**
**Kutak Rock LLP**
**1540 Farnam Street**
**The Omaha Building**
**Omaha, NE 68102-2186**

*Deliver To:*
**Mr.  Amber A. Furbee**
**Kutak Rock LLP**
**1540 Farnam Street**
**The Omaha Building**
**Omaha, NE 68102-2186**

# Invoice

**Phone:** (913) 317-8800
**Fax:** (913) 317-8850

**Metropolitan Court Reporters, Inc.**
**9200 Indian Creek Parkway**
**Suite 205**
**Overland Park, KS 66210**

| | |
|---|---|
| **Invoice #:** | 11044 |
| **Inv.Date:** | 08/25/2009 |
| **Balance:** | $250.00 |
| **Job #:** | 090821DSP |
| **Job Date:** | 08/21/2009 |
| **DB Ref.#:** | |
| *Date of Loss:* | / / |
| *Your File #:* | |
| *Your Client:* | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27118 | 8/24/2009 | 2997 |

| Job Date | Case No. | |
|---|---|---|
| 8/21/2009 | 8:07CV370 | |

## DALCO Reporting, Inc.
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561


Q152147

Amber Allred Furbee
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

| Case Name | |
|---|---|
| WWP, Inc. vs. Wounded Warriors, Inc. | |

| Payment Terms | |
|---|---|
| Net 30: 1.5% not to exceed legal limit | |

| ORIGINAL & 1 CERTIFIED DEPOSITION TRANSCRIPT OF: | | | |
|---|---|---|---|
| Libby Baker | *1003839* | | 169.00 |
| Appearance | | 35.00 | 35.00 |
| Complimentary Condensed Transcript | | 0.00 | 0.00 |
| Package/Handling | | 15.00 | 15.00 |
| Video/Videoconferenced Deposition | 20.00 Pages | | |
| VIDEOCONFERENCE IN THE MATTER OF: | | | |
| Libby Baker (videoconference) | | | 0.00 |
| Room Rental | | 200.00 | 200.00 |
| ISDN Long Distance Call | 0.25 Hours @ | 95.00 | 23.75 |
| | **TOTAL DUE  >>>** | | **$442.75** |

NEXT DAY EXPEDITE

For each original transcript printed, a $1 contribution
is made to "plant a tree where it is needed most."

REC'D OMA ACCTG  SEP 0 1 2009

**Tax ID:** 13-3668189

*Please detach bottom portion and return with payment.*

Amber Allred Furbee
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

## Paid by Credit Card

### Date: _____
### Amount: _____
### CC No: _____
(last four digits)

| | |
|---|---|
| Job No. | : 2997 |
| Case No. | : 8:07CV370 |
| Case Name | : WWP, Inc. vs. Wounded Warriors, Inc. |
| Invoice No. | : 27118 |
| Total Due | : $ 442.75 |

BU ID : DALCO-Dep

Invoice Date : 8/24/2009

13 10201-2

Remit To: DALCO Reporting, Inc.
170 Hamilton Avenue, Suite 303
White Plains, NY 10601

Ok to pay
SMM

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone
Billing Address:
Zip:                    Card Security Code
Amount to Charge:
Cardholder's Signature:

**EXHIBIT**
**Q**

# INVOICE



## DALCO Reporting, Inc.
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27144 | 8/25/2009 | 3000 |
| **Job Date** | **Case No.** | |
| 8/21/2009 | 8:07CV370 | |
| **Case Name** | | |
| WWP, Inc. vs. Wounded Warriors, Inc. | | |
| **Payment Terms** | | |
| Net 30: 1.5% not to exceed legal limit | | |

Q152148

Sara Mathews
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

VIDEOTAPED DEPOSITION OF:        *1003889*

Libby Baker

| | | |
|---|---|---|
| MPEG Videos | 125.00 | 125.00 |
| Setup & First Two Hours | 365.00 | 365.00 |
| Package/Handling | 15.00 | 15.00 |
| TOTAL DUE >>> | | **$505.00** |

**Paid by Credit Card**

**Date:** _____

**Amount:** _____

**CC No:** _____
 *(last four digits)*

REC'D OMA ACCTG   SEP 0 1 2009

**Tax ID:** 13-3668189

---

*Please detach bottom portion and return with payment.*

Sara Mathews
Kutak Rock, LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

| | | |
|---|---|---|
| Job No. | : 3000 | BU ID : DALCO-Dep |
| Case No. | : 8:07CV370 | |
| Case Name | : WWP, Inc. vs. Wounded Warriors, Inc. | |
| Invoice No. | : 27144 | Invoice Date : 8/25/2009 |
| **Total Due** | **: $ 505.00** | |

*13i0201-2*

**Remit To:  DALCO Reporting, Inc.**
**170 Hamilton Avenue, Suite 303**
**White Plains, NY 10601**

OK to pay
amm

## PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Pho_____

Billing Address: _____

Zip: _____   Card Security C_____

Amount to Charge: _____

Cardholder's Signature: _____



EXHIBIT
R



Q152457

**Certified Court Reporters, Inc.**
**One Independent Drive, Suite 3210**
**Jacksonville, Florida 32202**

**904.356.4467**

Kutak Rock LLP
1650 Farnam Street
Omaha, NB 68102-2186

Bartholomew McLeary, Esq.
*WWP, Inc. vs. Wounded Warriors, Inc.*
*Deposition of Steven Nardizzi*

| | INVOICE NO. : | 36167 |
|---|---|---|
| | INVOICE DATE: | 9/16/2009 |
| | REPORTER: | |
| | Cindy Packevicz | |
| | **ID#:** 59-3023281 | |

| Date | Description | Amount |
|---|---|---|
| 9/02/2009 | Transcript copy | 247.50 |
| | Rough ASCII | 220.00 |
| | Postage & handling | 9.60 |
| | | 477.10 |

**Total Amount Due** 477.10

**Payment due upon receipt.**

**All major credit cards accepted.**

10038846
*BM*
13/02/01-2

REC'D OMA ACCTG SEP 30 2009

**Paid by Credit Card**

**Date:** _____
**Amount:** _____
**CC No:** _____
(last four digits)

**EXHIBIT**
**S**

B

TERRENCE R. DENNEY
Registered Professional Reporter
P.O. Box 7339
Omaha, NE 68107

Date: 11-23-08

TO: Suzanne M. Shehan                    RE: U.S. District Court for Nebr.
Attorney at Law
1650 Farnam Street                       WWP v. Wounded Warriors
Omaha, NE 68102                          Case No. 8:07-cv-00370-LES-FGE

------------------------------------------------------------------------
Make checks payable to: Terrence R. Denney
                        ID #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
------------------------------------------------------------------------

DEPOSITION OF AL GIORDANO (lcc & E-tran):          $134.00

Office: (402) 397-9669                   Home: (402) 292-1348

EXHIBIT
tabbies®
T

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DATE:  May 27, 2008

TO:  Ms. Amber A. Furbee
     Attorney at Law
     Kutak Rock, LLP
     The Omaha Building
     1650 Farnam Street
     Omaha, NE  68102-2186

Q124445

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
S T A T E M E N T
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CIVIL
Invoice No. 351
WWP, Inc. vs. Wounded Warriors, Inc.
Case No. 8:07CV370

Transcript of motion for preliminary injunction proceedings
held January 29, 2008
35 pgs. @ $4.65 per page..........................$162.75

TOTAL BALANCE DUE................................$162.75

Thank you.

MAKE CHECK PAYABLE TO:
Rogene S. Schroder
111 S. 18th Plaza
Suite 3123
Omaha, NE 68102-1322
(402) 661-7383

**EXHIBIT**

V

I certify that the transcript fees charged and page format
used comply with the requirements of this court and the
Judicial Conference of the United States.

Rogene S. Schroder, RMR, CSR, CRR
Official Court Reporter

Date:   5-27-08

100779
1310201-2

REC'D OMA ACCTG MAY 2 9 2008

```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEBRASKA


       DATE:  October 2, 2009


       TO:  Mr. Bartholomew L. McLeay
            Attorney at Law
            Kutak Rock LLP
            The Omaha Building
            1650 Farnam Street
            Omaha, NE  68102-2186


       - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                          S T A T E M E N T
       - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       CIVIL
       Invoice No. 433
       WWP, Inc. vs. Wounded Warriors, Inc., 8:07CV370

       Partial transcripts of jury trial proceedings held
       September 21, 22 and 23, 2009
        26 pgs. @ $6.05 per page.........................$  157.30
       386 pgs. @ $5.00 per page......................... 1,930.00
         4 pgs. @ $3.65 per page.........................    14.60

       TOTAL BALANCE DUE................................$2,101.90

       Thank you.

       MAKE CHECK PAYABLE TO:
       Rogene S. Schroder
       111 S. 18th Plaza
       Suite 3123
       Omaha, NE 68102-1322
       (402) 661-7383

       I certify that the transcript fees charged and page format
       used comply with the requirements of this court and the
       Judicial Conference of the United States.

       _____
       Rogene S. Schroder, CRR, RMR, CSR
       Official Court Reporter
```



**JASA INVESTIGATIVE SERVICES, INC.**
P.O. BOX 24035
OMAHA, NE 68124
(402) 333-9696

# Invoice 

| DATE | INVOICE # |
|------|-----------|
| 7/11/2008 | 9666 |

**BILL TO:**
Kutak Rock LLP
Attn: Sara Mathews
1650 Farnam Street
Omaha, NE  68102-2186


Q125387

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RE:  WWP., Inc. v. Wounded Warriors, Inc. | |
| | |
| Process Service - Daniel A. Hamann | 75.00T |
| Sales Tax | 5.25 |



*1310201 - 2* (handwritten)

*101395* (handwritten)



REC'D OMA ACCTG  JUL 16 2008

We appreciate your business!



**EXHIBIT**
**W**

**TOTAL** $80.25



# Invoice

**JASA INVESTIGATIVE SERVICES, INC.**
P.O. BOX 24035
OMAHA, NE 68124
(402) 333-9696

| DATE | INVOICE # |
| --- | --- |
| 7/11/2008 | 9665 |

**BILL TO:**

Kutak Rock LLP
Attn: Sara Mathews
1650 Farnam Street
Omaha, NE  68102-2186



Q125388

| DESCRIPTION | AMOUNT |
| --- | --- |
| RE:  WWP, Inc. v. Wounded Warriors, Inc.  1310201-2 | |
| Process Service - Hancock & Dana, P.C. | 75.00T |
| Sales Tax | 5.25 |



REC'D OMA ACCTG  JUL 16 2008

101395

We appreciate your business!

| | **TOTAL** | $80.25 |
| --- | --- | --- |



EXHIBIT

X



## The Commonwealth of Massachusetts
### Middlesex Sheriff's Office
#### Civil Process Division
P.O. Box 410180
271 Cambridge Street
Cambridge, Massachusetts 02141-0002
Phone (617) 547-1171 • Fax (617) 868-7244

JAMES V. DiPAOLA
SHERIFF

KUTAK ROCK LLP
THE OMAHA BUILDING
1650 FARNAM Street
OMAHA, NE 68102

Phone:(402)346-6000

Amount Due: $ 45.70
Invoice #:   08031469
Invoice Date: 07/14/2008

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT TO P.O. BOX 410180, CAMBRIDGE, MA 02141-0002

## Payment Due Upon Receipt
Payment of this invoice is due upon receipt
Writ: deposition subpoena AND LETTER

Please send a copy of this invoice with your remittance

WWP,. INC.
vs.
WOUNDED WARRIORS, INC.

Invoice #:   08031469
Invoice Date: 07/14/2008

Serve:          CONSTANT CONTACT
                C/O DAVID SMITH
                1601 TRAPELO ROAD, SUITE 329
                WALTHAM, MA

REC'D OMA ACCTG     JUL 2 2 2008

Served by Deputy Sheriff: MICHAEL DOYLE, 29
Service Date: 07/10/2008   Time:       2:00PM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attest | 5.00 |
| Basic Service Fee | 30.00 |
| Conveyance | 3.30 |
| Postage and Handling | 1.00 |
| Travel | 6.40 |
| **Total Charges** | 45.70 |

Q125438

| Payment Date | Check Number | Amount |
|---|---|---|

**Payment Total**

Amount Due: $ 45.70

13102/01-2



make check payable to middlesex Sheriffs office

 Printed on Recycled Paper



# Civil Subpoena Billing Invoice

**Date Mailed:** July 14, 2008

**Case Number:** 8:07CV370

Q125460

| | |
|---|---|
| Hours Worked:    0.5  x $60.00 Per Hour = | $30.00 |
| CDs or Diskette:    1    x $5.00 = | $5.00 |
| Shipping Fee:    1 | $15.00 |
| Less Fees Advanced: | $0.00 |
| Total Amount of Bill: | $50.00 |

*Please send payment within 10 days of receipt of Documents*
*to:*

**PayPal, Inc.**
**Subsidiary of eBay, Inc.**
**7700 Eastport Parkway**
**La Vista, NE 68128**
**Attn: Melody Fry**
**402-935-5145**

**Subpoenaing Party Name: Amber Furbee**

REC'D OMA ACCTG  JUL 1 6 2008

Client/Matter    1310201-2

ok to pay
Smm



EXHIBIT
Z

**JASA INVESTIGATIVE SERVICES, INC.**
P.O. BOX 24035
OMAHA, NE 68124
(402) 333-9696

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/7/2008 | 9669 |

**BILL TO:**

Kutak Rock LLP
Attn: Sara Mathews
1650 Farnam Street
Omaha, NE  68102-2186



Q125739

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RE:  WWP, Inc. v. Wounded Warriors, Inc. | |
| Process Service | 75.00T |
| Sales Tax | 5.25 |

13102/01-2

101395

REC'D OMA ACCTG  AUG 1 3 2008

We appreciate your business!

**TOTAL** $80.25



EXHIBIT
AA

**KUTAK ROCK LLP**

THE OMAHA BUILDING
1650 FARNAM STREET
OMAHA, NEBRASKA 68102-2186

402-346-6000
FACSIMILE 402-346-1148

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

SARA M. MATHEWS
sara.mathews@kutakrock.com
(402) 346-6000

August 1, 2008

**VIA HAND DELIVERY**

JASA Investigations
8723 Oak Street
Omaha, Nebraska 68124

      Re:   *WWP, Inc., v. Wounded Warriors, Inc.*
           United States District Court, District of Nebraska, Case No. 8:07CV370

Dear Sir/Madam:

      Enclosed you will find an original (with cover letter) and one copy of Subpoena in a Civil Case issued on TransFirst ePayment Services. I would appreciate it if you would personally serve the Subpoena, including the attached cover letter, on TransFirst ePayment Services at the address set forth on the Subpoena. Once you have served the Subpoena, please complete the Proof of Service on the duplicate Subpoena and return it to me in the enclosed envelope.

      Thank you for your assistance with this matter. Please do not hesitate to contact me if you have any questions.

                Sincerely,

                Sara M. Mathews
                Legal Assistant

smm

Enclosures

cc:    Amber A. Furbee, Esq.

**KUTAK ROCK LLP**

THE OMAHA BUILDING
1650 FARNAM STREET

OMAHA, NEBRASKA 68102-2186

402-346-6000
FACSIMILE 402-346-1148

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

SARA M. MATHEWS
sara.mathews@kutakrock.com
(402) 346-6000

December 16, 2008

**VIA FEDEX**

Minnehaha County Sheriff's Office
Law Enforcement Center
320 West 4th Street
Sioux Falls, South Dakota 57102

Re:     *WWP, Inc., v. Wounded Warriors, Inc.*
           United States District Court, District of Nebraska, Case No. 8:07CV370

Dear Sir/Madam:

Enclosed you will find an original (with cover letter) and one copy of Subpoena in a Civil Case issued on Great Western Bank. I would appreciate it if you would personally serve the Subpoena, including the attached cover letter, on Cindy Wingert of Great Western Bank at the address set forth on the Subpoena. Once you have served the Subpoena, please complete the Proof of Service on the duplicate Subpoena and return it to me in the enclosed envelope.

Please also find enclosed a check, made out to the Minnehaha County Sheriff's Office, in the amount of $22.00 for service of the Subpoena and prepaid mileage fees.

Thank you for your assistance with this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

Sara M. Mathews
Legal Assistant

smm

Enclosures

cc:     Amber A. Furbee, Esq.

**EXHIBIT**

**BB**

4832-3036-8259.1

# Approved Check Request

| This request has been | Approved ▾ | by | Sara M. Mathews |
|---|---|---|---|

| Reason Denied: *(if applicable)* | | |
|---|---|---|

| Forward to: | CheckRequests@KutakRock.com | Submit |
|---|---|---|

| Requested By: | Sara Mathews * | Date Submitted: | 12/16/2008 11:35:22 AM |
|---|---|---|---|
| Employee No: | 4497 * | Date Needed: | 12/16/2008 * |
| Send Check To: | Jane Thomsen * | Time Needed: | 4:00 PM |
| Amount $ | $22.00 * | | |
| Vendor No: | 1006075 | | |
| Payee: | Minnehaha County Sheriff's Office | * | |
| Address: | 320 West 4th Street<br>Sioux Falls, SD  57102 | | |
| Description: | Mileage fees and service of subpoena on Great Western Bank | * | |
| Special Instructions: | | | |

| Client Matter or Account Name | Client Matter or Account No. | Amount: $ |
|---|---|---|
| WWWP Inc. v Wounded Warriors * | 1310201-2 * | $22.00 * |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total: | $22.00 |

Q136203





The Commonwealth of Massachusetts
Middlesex Sheriff's Office
Civil Process Division
P.O. Box 410180
271 Cambridge Street
Cambridge, Massachusetts 02141-0002
Phone (617) 547-1171 • Fax (617) 868-7244

JAMES V. DIPAOLA
SHERIFF

KUTAK ROCK LLP
THE OMAHA BUILDING
1650 FARNAM Street
OMAHA, NE 68102

Phone:(402)346-6000

Amount Due: $ 45.70
Invoice #: 08060244
Invoice Date: 01/06/2009

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT TO P.O. BOX 410180, CAMBRIDGE, MA 02141-0002

**Payment Due Upon Receipt**

Payment of this invoice is due upon receipt

Writ: deposition subpoena

Please send a copy of this invoice with your remittance

WWP, INC.
vs.
WOUNDED WARRIORS, INC.

Invoice #: 08060244
Invoice Date: 01/06/2009

Serve: CONSTANT CONTACT
C/O DAVID SMITH
1601 TRAPELO ROAD, SUITE 329
WALTHAM, MA

Q134407

Served by Deputy Sheriff: MICHAEL DOYLE, 29
Service Date: 01/05/2009 Time: 1:15PM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attest | 5.00 |
| Basic Service Fee | 30.00 |
| Conveyance | 3.30 |
| Postage and Handling | 1.00 |
| Travel | 6.40 |
| **Total Charges** | **45.70** |

| Payment Date | Check Number | Amount |
|---|---|---|
| **Payment Total** | | |

**Amount Due: $ 45.70**

Check payable to Middlesex Sheriffs Office

13102/01-2

1003483

aaf

REC'D OMA ACCTG JAN 20 2009

EXHIBIT CC

Printed on Recycled Paper

Q134472

## Civil Subpoena Billing Invoice

**Date Mailed:**    January 20, 2009

**Case Number:**    08:07CV370

| Hours Worked:    0.5   x $60.00 Per Hour = | $30.00 |
|---|---|
| CDs or Diskette:    1    x $5.00 = | $5.00 |
| Shipping Fee:    1 | $10.00 |
| Less Fees Advanced: | $0.00 |
| Total Amount of Bill: | $45.00 |

### *Please send payment within 10 days of receipt of Documents to:*

**PayPal, Inc.**
**Subsidiary of eBay, Inc.**
**7700 Eastport Parkway**
**La Vista, NE 68128**
**Attn: Stephanie Vigil**
**402-517-4522**

**Subpoenaing Party Name: Amber A Furbee**

*1000395*

*REC'D OMA ACCTG  JAN 22 2009*

*OK to pay*
*sm*

*1310201-2*

EXHIBIT
DD



# INVOICE

**Send All Mail To:**
TIME MACHINE NETWORK
P.O. BOX 861057
Los Angeles, CA 90086-1057

**Remit To:** TIME MACHINE NETW
P.O. BOX 861057
Los Angeles, CA 90086-1057
Messenger: (800) 734-8463
Atty. Serv.: (800) 994-5454
TO INSURE PROPER POSTING TO YOUR ACCOU
PLEASE DETACH AND RETURN WITH YOUR PAYM

| **Messenger Service** | **Attorney Service** |
|---|---|
| Ph. (800) 734-8463 | Ph. (800) 994-5454 |
| Fax (800) 588-7288 | Fax (800) 977-2077 |

KUTAK ROCK, LLP.
MS. ANGELA CAMPOS
515 S. FIGUEROA ST.  #1240
LOS ANGELES, CA. 90071



Q145204

| ACCOUNT | KUTRO |
|---|---|
| INV. # | 67283 |
| BILLING PER. | 01/01/09 - 01/31/09 |
| TOTAL | 201.04 |

## *Statewide, Nationwide, and Worldwide Service.*

| Q.C.# | Party Served / Address | Placed By/Reference | Charges | Amount |
|---|---|---|---|---|
| 0011815 | PAYPAL, INC. C/O NAT'L REGISTERED AGENTS | Sara Mathews | SAME DAY PROCESS | 184.00 |
| | 2030 MAIN ST., #1030 | 1310201-2 (OMAHA OFFICE | FUEL SURCHARGE | 11.04 |
| | IRVINE        CA 92614 | WWP, INC.         WOUNDED | COPIES | 6.00 |
| | *served on* 12/17/08 *at* 12:10 | case #: 08:07CV370 | | |
| | SUBPOENA IN CIVIL CASE - FEDERAL | | ** Total ** | 201.04 |

*4497*

```
IRVINE
VENDOR NO        EMPLOYEE NO.  4886
APPROVAL  Ane        DATE  2/16/09
DESCRIPTION
   Subpoena Service
CHARGE/CLIENT NO. & AMOUNT
   1310201-2
CHARGE/CLIENT NO. & AMOUNT
   $201.04
```

OK

REC'L OMA ACCTG  FEB 18 2009

page : 1

INVOICE TOTAL:        201.04

| CUST. CODE | INVOICE # | BILLING PERIOD | INVOICE TOTAL | |
|---|---|---|---|---|
| KUTRO | 67283 | 01/01/09 thru 01/31/09 | 201.04 | **EXHIBIT** |
| | | | | tabbies **EE** |

**TIME MACHINE NETWORK, INC.    TAX ID.# 75-3004336**

# INVOICE

**Doug Jasa**
**P.O. Box 24035**
**Omaha, NE 68124**
**Phone: 402-612-8100**
**Fax: 402-333-3280**



Q134832

**Sara M. Mathews**
**Kutak Rock LLP**
**The Omaha Building**
**1650 Farnam Street**
**Omaha, NE 68102-2186**

1310210i-2

**INVOICE DATE: 02/11/09**

| DESCRIPTION | QUANTITY | PRICE EACH | AMOUNT |
|---|---|---|---|
| **Process Service Re:** | | | $    65.00 |
| WWP, Inc v Wounded Warriors, Inc | | | |

REC'D OMAHA ACCTG   FEB 18 2009

**Please make check payable to Doug Jasa.  Thank you!**

| | | |
|---|---|---|
| SUBTOTAL | $ | 65.00 |
| **TAX RATE** | | 7.00% |
| SALES TAX | | 4.55 |
| CREDIT | | - |
| MILEAGE | | |
| **TOTAL** | $ | 69.55 |

**EXHIBIT**
tabbies®
FF


## KUTAK ROCK LLP

THE OMAHA BUILDING
1650 FARNAM STREET
OMAHA, NEBRASKA 68102-2186

402-346-6000
FACSIMILE 402-346-1148
www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

SARA M. MATHEWS
sara.mathews@kutakrock.com
(402) 346-6000

January 29, 2009

**VIA FIRST-CLASS MAIL**

JASA Investigations
8723 Oak Street
Omaha, Nebraska 68124

Re:  *WWP, Inc., v. Wounded Warriors, Inc.*
United States District Court, District of Nebraska, Case No. 8:07CV370

Dear Sir/Madam:

Enclosed you will find an original (with cover letter) and one copy of Subpoena in a Civil Case issued on TransFirst ePayment Services. I would appreciate it if you would personally serve the Subpoena, including the attached cover letter, on TransFirst ePayment Services at the address set forth on the Subpoena. Once you have served the Subpoena, please complete the Proof of Service on the duplicate Subpoena and return it to me in the enclosed envelope.

Thank you for your assistance with this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

Sara M. Mathews
Legal Assistant

Enclosures

cc:  Amber A. Furbee, Esq.

4835-8741-4787.1

## CommunityBank

Operated by **Bank of America** 

April 13, 2009

Q135441

Sara M. Mathews
Kutak Rock. LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186

Re: Subpoena-Wounded Warriors, Inc.
    Case No. 8:07CV370

Dear Ms. Mathews:

The following are the fees involved in research time and copies on the above reference.
Bank statements March 31, 2003 to May 31, 2004 and copies of items.

| | | |
|---|---|---|
| Photocopies | 96 @ $0.25 | $ 24.50 |
| Clerical | 18 hours @ $12.00 | $216.00 |
| Supervisory | 1 hour @ $15.00 | $ 15.00 |
| **TOTAL** | | **$255.50** |

Please issue your check payable to Bank of America, our address is listed below.
Our Tax ID Number is 94-1687665.

If you have any questions or need additional information, please let me know.

Sincerely,

*Carol Villareal*

Carol Villareal
Risk Analyst Compliance
Bank of America
Military Bank Overseas Division
300 Convent St. Ste. 400
San Antonio, Texas 78205-3701
(210) 270-5681

REC'D OMA ACCTG  APR 1 5 2009
103512
OK to pay
SMM
13/02/04-2

EXHIBIT
44
tabbies®

# Approved Check Request

| This request has been | Approved ▾ | by | Jane E. Thomsen |
|---|---|---|---|

| Reason Denied: *(if applicable)* | | |
|---|---|---|

| Forward to: | CheckRequests@KutakRock.com | Submit |
|---|---|---|

| Requested By: | Sara Mathews * | Date Submitted: | 4/17/2009 9:31:18 AM |
|---|---|---|---|
| Employee No: | 4497 * | Date Needed: | 4/17/2009 * |
| Send Check To: | Jane Thomsen * | Time Needed | 4:00 PM |
| Amount $ | $22.00 * | | |
| Vendor No: | 100505 | | |
| Payee: | Minnehaha County Sheriff | | * |
| Address: | Law Enforcement Center<br>320 West 4th Street<br>Sioux Falls, SD  57102 | | |
| Description: | Service of Subpoena and prepaid mileage | | * |
| Special Instructions: | | | |

| Client Matter or Account Name | Client Matter or Account No. | Amount: $ |
|---|---|---|
| Wounded Warrior * | 1310201-2 * | $22.00 * |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total: | $22.00 |

Q138641

**EXHIBIT**

H H

# KUTAK ROCK LLP

THE OMAHA BUILDING
1650 FARNAM STREET

OMAHA, NEBRASKA 68102-2186

402-346-6000
FACSIMILE 402-346-1148

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

SARA M. MATHEWS
sara.mathews@kutakrock.com
(402) 346-6000

April 17, 2009

**VIA FEDEX**

Minnehaha County Sheriff's Office
Law Enforcement Center
320 West 4th Street
Sioux Falls, South Dakota 57102

Re:     *WWP, Inc., v. Wounded Warriors, Inc.*
United States District Court, District of Nebraska, Case No. 8:07CV370

Dear Sir/Madam:

Enclosed you will find an original (with cover letter) and one copy of Subpoena in a Civil Case issued on Great Western Bank. I would appreciate it if you would personally serve the Subpoena, including the attached cover letter, on Cindy Wingert of Great Western Bank at the address set forth on the Subpoena. Once you have served the Subpoena, please complete the Proof of Service on the duplicate Subpoena and return it to me in the enclosed envelope.

Please also find enclosed a check, made out to the Minnehaha County Sheriff's Office, in the amount of $22.00 for service of the Subpoena and prepaid mileage fees.

Thank you for your assistance with this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

Sara M. Mathews
Legal Assistant

Enclosures

cc:     Amber A. Furbee, Esq.

4844-4549-7859.1

# INVOICE

**Doug Jasa**
**P.O. Box 24035**
**Omaha, NE 68124**
Phone: 402-612-8100
Fax: 402-333-3280



Q150746

*OK to pay*
*aag*
*9/6/09*

*10002366*

*13/02/01 - 2*

REC'D OMA ACCTG  MAY 1 1 2009

Sara M. Mathews
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102

**INVOICE DATE: 04/29/2009**

| DESCRIPTION | QUANTITY | PRICE EACH | AMOUNT |
|---|---|---|---|
| Process Service Re: | 1.00 | | $        65.00 |
| TransFirst ePayment Services | | | |
| WWP, Inc. v Wounded Warriors, Inc. | | | |
| | | | |
| **Please make check payable to Doug Jasa.  Thank you!** | | | |

| | | |
|---|---|---|
| SUBTOTAL | $ | 65.00 |
| TAX RATE | | 0.00% |
| SALES TAX | | |
| CREDIT | | - |
| MILEAGE | | |
| **TOTAL** | **$** | **65.00** |



EXHIBIT

II



**Great Western Bank**℠

Making Life Great

Member FDIC



Q150774

May 7, 2009

Kutak Rock LLP
C/O Amber A Furbee
1650 Farnam Street
Omaha, NE 68102-2186

RE:    Wounded Warrior, Inc - Subpoena

Dear Amber:

Enclosed please find our billing for the above referenced request for records.

Please remit to Great Western Bank
            PO Box 2345
            Sioux Falls, SD 57101-2345

193 pages of copies @$1.00 per page       $193.00
3 hours research @$30.00 per hour          $90.00
                                           $283.00

Total Due upon receipt

Please call me if you need any further information at (605) 334-2548

Sincerely,

*Cindy Wingert*

Cindy Wingert
Operations Assistant
Great Western Bank
PO Box 2345
Sioux Falls, SD 57101-2345

REC'D OMA ACCTG   MAY 12 2009

131020 1-2

Billing

EXHIBIT
JJ

OK to pay

www.greatwesternbank.com

# Approved Check Request

| This request has been | Approved ▾ | by | Jane E. Thomsen |

| Reason Denied: *(if applicable)* | |

| Forward to: | CheckRequests@KutakRock.com | Submit |

| Requested By: | Sara Mathews | * | Date Submitted: | 6/12/2009 12:35:59 PM |
| Employee No: | 4497 | * | Date Needed: | 6/12/2009 | * |
| Send Check To: | Jane Thomsen | * | Time Needed | 4:00 PM |
| Amount | $ $20.00 | * |
| Vendor No: | |
| Payee: | Polk County Sheriff's Office |

Q151230

| Address: | 455 North Broadway Avenue<br>Bartow, FL  33830 |

| Description: | Service of subpoena on Bahama Bay Resort | * |

| Special Instructions: | |

| Client Matter or Account Name | Client Matter or Account No. | Amount: $ |
|---|---|---|
| WWP v Wounded Warrior * | 1310201-2 * | $20.00 * |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total: | $20.00 |

**EXHIBIT**

KK

# Approved Check Request

| This request has been | Approved ▾ | by | Jane E. Thomsen |

| Reason Denied: *(if applicable)* | |

| Forward to: | CheckRequests@KutakRock.com | Submit! |

| Requested By: | Sara Mathews | * | Date Submitted: | 6/12/2009 12:35:59 PM |
| Employee No: | 4497 | * | Date Needed: | 6/12/2009 | * |
| Send Check To: | Jane Thomsen | * | Time Needed | 4:00 PM |
| Amount | $ | $65.00 | * |
| Vendor No: | |
| Payee: | Galveston County Sheriff's Office |
| Address: | 601 54th StreetGalveston, TX   77551 |

Q151229

| Description: | Service of Subpoena on Victorian Resort and Conference Center | * |

| Special Instructions: | |

| Client Matter or Account Name | Client Matter or Account No. | Amount: $ |
| --- | --- | --- |
| WWP v Wounded Warrior * | 1310201-2 * | $65.00 * |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total: | $65.00 |

EXHIBIT

LL

 **FOCUS** SOLUTIONS™

*the power to DISCOVER*



Q134143

# Invoice

**Focus Solutions Omaha**
**222 South 15th Street, Suite 1003**
**Omaha, NE 68102**
**Phone: 402-344-2679**
**Fax: 402-344-8168**

| | |
|---|---|
| Invoice # | KR0800164 |
| Date: | 12/24/2008 |
| Sales Rep: | AW |
| Client Matter # | 130201-2 Wounded Warrior |
| Payment Due: | 1/23/2009 |

Bill To:

Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

Contact:  Sara Matthews

| Qty | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,973 | scanning | document scanning | 0.15 | 295.95T |
| 4,926 | numbering | document numbering | 0.03 | 147.78T |
| 1 | cd creation | setup, organization and burning | 30.00 | 30.00T |
| 2,953 | EDD Image Conversion | Converting native format images to TIFF | 0.10 | 295.30T |

Documents Produced

*vse  12/29/08*
*130201-2   1310201-2*
*822.86*

Payment is due 30 days
from date of invoice

| | |
|---|---|
| Subtotal | $769.03 |
| Sales Tax (7.0%) | $53.83 |
| Payments/Credits | $0.00 |
| Balance Due | $822.86 |

Please Sign: _____  Delivery Date: _____

***Thank you for allowing us to serve you!! FEIN 20-1801448***
***Invoices not paid within 30 days will be assessed interest at 1.25% per***



EXHIBIT
**mm**
tabbies®

# LEGAL IMAGING SOLUTIONS

1001 Farnam Street
Suite LL03
OMAHA, NE 68102
(402) 341-0754

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2008 | S2104 |

**Bill To**

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186



Q134231

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| *1310251-9* wounded warriors | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 823 | Scanning | scanning | 0.14 | 115.22T |
| 823 | Numbering | electronic bates labeling with confidential label | 0.04 | 32.92T |
| 823 | Digital Reprints | printing of electronic population | 0.08 | 65.84T |

REC'D OMA ACCTG  JAN - 6 2009

*1000128*

*OR to pay*
*$*

| | |
|---|---|
| **Subtotal** | $213.98 |
| **Sales Tax (7.0%)** | $14.98 |
| **Total** | $228.96 |



EXHIBIT

tabbies

N N

# LEGAL IMAGING SOLUTIONS
1001 Farnam Street
Suite LL03
OMAHA, NE 68102
(402) 341-0754



Q134402

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/15/2009 | S2126 |

**Bill To**

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| WWR 1310201-2 | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 587 | Numbering | electronic bates labeling | 0.03 | 17.61T |
| 822 | Digital Reprints | printing of electronic population (3 sets) | 0.08 | 65.76T |
| 626 | Digital Reprints | printing of electronic population (2 sets) | 0.08 | 50.08T |

1000138

REC'D OMA ACCTG JAN 20 2009

| | |
|---|---|
| **Subtotal** | $133.45 |
| **Sales Tax  (7.0%)** | $9.34 |
| **Total** | $142.79 |

Ok to pay



EXHIBIT

00

# LEGAL IMAGING SOLUTIONS

1001 Farnam Street
Suite LL03
OMAHA, NE 68102
(402) 341-0754

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/30/2009 | S2126b |

**Bill To**

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186



Q134624

1000128

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| WWR 1310210-2 | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 23 | Numbering | electronic bates labeling (paypal) | 0.03 | 0.69T |
| 92 | Digital Reprints | printing of electronic population (4 sets) (Paypal) | 0.08 | 7.36T |
| 261 | Scanning | scanning (GWB) | 0.14 | 36.54T |
| 261 | Numbering | electronic bates labeling | 0.03 | 7.83T |
| 261 | OCR | optical character recognition to create a searchable population | 0.05 | 13.05T |
| 522 | Digital Reprints | printing of electronic population | 0.08 | 41.76T |
| 2 | CD Creation | creation of viewer and cd burn | 20.00 | 40.00T |
| 702 | Digital Reprints | printing of electronic population (CCD) | 0.08 | 56.16T |
| 2 | CD Creation | creation of viewer and cd burn | 20.00 | 40.00T |
| 610 | Scanning | scanning of electronic files (format conversion) (paypal, CCD) | 0.10 | 61.00T |
| 2 | CD Creation | creation of viewer cd and cd burn | 20.00 | 40.00T |

1310201-2

REC'D OMA ACCTG FEB 0 3 2009

| | |
|---|---|
| Subtotal | $344.39 |
| Sales Tax (7.0%) | $24.11 |
| **Total** | $368.50 |

EXHIBIT
PP



OR to pay 8M



# Invoice

| | |
|---|---|
| Invoice # | IM04030 |
| Date: | 7/30/2009 |
| Sales Rep: | AJ |
| Project Manager: | Andy Woodson |
| Project Name | WW Project v. WW Inc. |
| Client Matter | 1310201-2 |
| Payment Due: | 8/29/2009   Terms   Net 30 |

**Bill To:**

Kutak Rock LLP
1650 Farnam St
Omaha, NE 68102

Contact:  Joy Lenhart

| Qty | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 4,913 | 511 | OCR - Optical Character Recognition | 0.03 | 147.39T |
| 1 | 513 | CD Creation | 25.00 | 25.00T |

Q151908

1310201-2

UBE  7/31/09

184.46

100002°

REC'D **OMA ACCTG**  AUG 0 4 2009

Please direct all questions to 402-344-2679 or billing@focussolutions.com

| | |
|---|---|
| Subtotal | $172.39 |
| Sales Tax (7.0%) | $12.07 |
| Payments/Credits | $0.00 |
| Balance Due | $184.46 |

Please remit payment to:
Continuum Worldwide
Attn: Accounts Receivable
222 South 15th St Suite 1005
Omaha, NE 68102

***Thank you for allowing us to serve you!! FEIN 13-4227219***
***Invoices not paid within 30 days will be assessed interest at 1.25% per***

1000 Walnut St Suite 200
Kansas City, MO 64106
816-878-6435

222 South 15th St Suite 1005
Omaha, NE 68102
402-344-2679



**EXHIBIT**

QQ



# Invoice

| | |
|---|---|
| Invoice # | IM04032 |
| Date: | 7/30/2009 |
| Sales Rep: | AJ |
| Project Manager: | Andy Woodson |
| Project Name | WW Project v. WW Inc. |
| Client Matter | 1310201-2 |
| Payment Due: | 8/29/2009  Terms  Net 30 |

**Bill To:**

Kutak Rock LLP
1650 Farnam St
Omaha, NE  68102

Contact:  Joy Lenhart

| Qty | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3,714 | 503 | Grade "C" Scanning | 0.16 | 594.24T |
| 33 | 506 | Color Scanning | 0.49 | 16.17T |
| 3,812 | 511 | OCR - Optical Character Recognition | 0.03 | 114.36T |
| 1 | 513 | CD Creation | 25.00 | 25.00T |

*(handwritten)* 1310201-2

*(handwritten)* 628 7/31/09

*(handwritten)* 802.25

Q151909

10010089

REC'D OMA ACCTG  AUG 0 4 2009

Please direct all questions to 402-344-2679 or billing@focussolutions.com

Please remit payment to:
Continuum Worldwide
Attn: Accounts Receivable
222 South 15th St Suite 1005
Omaha, NE 68102

| | |
|---|---|
| Subtotal | $749.77 |
| Sales Tax (7.0%) | $52.48 |
| Payments/Credits | $0.00 |
| Balance Due | $802.25 |

**Thank you for allowing us to serve you!! FEIN 13-4227219**
**Invoices not paid within 30 days will be assessed interest at 1.25% per**

1000 Walnut St Suite 200
Kansas City, MO 64106
816-878-6435

222 South 15th St Suite 100
Omaha, NE 68102
402-344-2679



EXHIBIT
RR
tabbies

**Continuum Worldwide Corporation**
222 South 15th Street, Suite 1003
Omaha, NE 68102
Phone: 402-344-2679
Fax: 402-344-8168



# Invoice

| | |
|---|---|
| Invoice # | IM04049 |
| Date: | 7/30/2009 |
| Sales Rep: | AJ |
| Project Manager: | Andy Woodson |
| Project Name | WW Project v. WW Inc. |
| Client Matter | 1310201-2 |
| Payment Due: | 8/29/2009   Terms   Net 30 |

**Bill To:**

Kutak Rock LLP
1650 Farnam St
Omaha, NE 68102

Contact:  Joy Lenhart

| Qty | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 325 | 502 | Grade "B" Scanning | 0.12 | 39.00T |
| 8,028 | 511 | OCR - Optical Character Recognition | 0.03 | 240.84T |
| 2 | 515 | DVD Creation | 35.00 | 70.00T |

Q151907

*(handwritten)* 1310201-2
OZ8 7/31/09
374.33
1000029
REC'D OMA ACCTG AUG 04 2009

Please direct all questions to 402-344-2679 or billing@focussolutions.com

Please remit payment to:
Continuum Worldwide
Attn: Accounts Receivable
222 South 15th St Suite 1005
Omaha, NE 68102

| | |
|---|---|
| Subtotal | $349.84 |
| Sales Tax (7.0%) | $24.49 |
| Payments/Credits | $0.00 |
| Balance Due | $374.33 |

***Thank you for allowing us to serve you!! FEIN 13-4227219***
***Invoices not paid within 30 days will be assessed interest at 1.25% per***

1000 Walnut St Suite 200
Kansas City, MO 64106
816-878-6435

222 South 15th St Suite 1005
Omaha, NE 68102
402-344-2679



EXHIBIT
tabbies
SS

# LEGAL IMAGING SOLUTIONS

1001 Farnam Street
Suite LL03
OMAHA, NE 68102
(402) 341-0440

# Invoice

*1000128*

| Date | Invoice # |
|------|-----------|
| 9/1/2009 | P2120 |

Bill To

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186



Q152189

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| 131.0201-2 Wounded Warrior Pro... | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 2 | CD duplication | CD Duplication | 20.00 | 40.00T |
| 13 | DVD burning | DVD Duplication | 30.00 | 390.00T |

REC'D OMA ACCTG SEP 0 4 2009

## THANK YOU FOR YOUR BUSINESS

| | |
|---|---|
| **Subtotal** | $430.00 |
| **Sales Tax (7.0%)** | $30.10 |
| **Total** | **$460.10** |



EXHIBIT
TT

OK to pay
smm

# *Think Video*

7914 West Dodge Road, #436
Omaha, NE 68114
 402 597-6300 FAX 592 0349
John F. MacKnight--thinkvideo@aol.com

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 9/2/2009 | 7424 |

| Bill To |
|---------|
| Kutak Rock, LLP<br>JANE THOMPSON, Bart L. McLeay, Esquire<br> SARAH MATTHEWS/AMBER FURBEE, ESQ.<br>SUZANNE SHEHAN, ESQ.<br>346.6000 |


Q152191

100805

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | TRANSFER TO MPEG-1<br> 1 &2 combined MATT BUTLER DEPOSITION 11/20/2008 1- :56 min. 2. -50 min.<br>&  1 &2 combined JOHN FOLSOM, 30B6, DEPO. 4/24/2009 1- :57.5 min. 2. 40 min.<br><br>U.S. DIST./ DISTRICT OF NEBRASKA<br> WWP, INC., A VA NON-PROFIT CORPORATION,<br>VS. WWI, INC., A NE NON-PROFIT CORP.,<br>.THINK VIDEO (402) 597-6300 8:07CV370<br>U.S. DIST./ DISTRICT OF NEBRASKA<br> WWP, INC., A VA NON-PROFIT CORPORATION,<br>VS. WWI, INC., A NE NON-PROFIT CORP.,<br>.THINK VIDEO (402) 597-6300 8:07CV370 | 50.00 | 50.00 |

**EXHIBIT**
tabbies
VV

REC'D OMA ACCTG    SEP 0 4 2009

| Thanks!  Complimentary DVD included at no additional charge.  John MacKnight. | | **Total** | $50.00 |

1310201-2

OK to pay

# LEGAL IMAGING SOLUTIONS

1001 Farnam Street
Suite LL03
OMAHA, NE  68102
(402) 341-0440

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/7/2009 | P2123 |

Bill To

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| Wounded Warrior Pro... | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 12 | Time Stamping | | 40.00 | 480.00T |
| 4 | DVD burning | | 40.00 | 160.00T |
| 3 | CD burning | | 20.00 | 60.00T |

*THANK YOU FOR YOUR BUSINESS*

| | |
|---|---|
| **Subtotal** | $700.00 |
| **Sales Tax  (7.0%)** | $49.00 |
| **Total** | **$749.00** |



EXHIBIT

tabbies

# LEGAL IMAGING SOLUTIONS

1001 Farnam Street
Suite LL03
OMAHA, NE  68102
(402) 341-0440

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/10/2009 | S2189 |

Bill To

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| WWP Mock Trial | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 106 | Scanning | b/w scanning | 0.14 | 14.84T |
| 10 | Scanning | full color scanning | 0.49 | 4.90T |
| 1 | CD Creation | creation of ipro viewer and summation dii file and cd burn | 30.00 | 30.00T |

### *THANK YOU FOR YOUR BUSINESS*

| | |
|---|---|
| **Subtotal** | $49.74 |
| **Sales Tax  (7.0%)** | $3.48 |
| **Total** | **$53.22** |



EXHIBIT
tabbies®
WW

# LEGAL IMAGING SOLUTIONS

1001 Farnam Street
Suite LL03
OMAHA, NE  68102
(402) 341-0440

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/11/2009 | P2130 |

Bill To

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| Wounded Warrior Pro... | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 16 | Format conversion | DVD format to MPEG | 40.00 | 640.00T |
| 15 | CD burning | Creation of CD with MPEG files | 30.00 | 450.00T |
| 1 | DVD burning | Creation of DVD with MPEG file | 40.00 | 40.00T |

## *THANK YOU FOR YOUR BUSINESS*

| | |
|---|---|
| **Subtotal** | $1,130.00 |
| **Sales Tax  (7.0%)** | $79.10 |
| **Total** | **$1,209.10** |



EXHIBIT

XX

# LEGAL IMAGING SOLUTIONS

1001 Farnam Street
Suite LL03
OMAHA, NE 68102
(402) 341-0440

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/15/2009 | S2190 |

**Bill To**

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| WWP Exhibits | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 4,374 | Scanning | scanning | 0.14 | 612.36T |
| 4,373 | OCR | optical character recognition to create a searchable population | 0.05 | 218.65T |
| 26,244 | Digital Reprints | printing of electronic population - 3 hole punch, manual insertion of tabs and break sheets | 0.10 | 2,624.40T |
| 49 | DVD burning | DVD Duplication (7 x 7 sets) | 30.00 | 1,470.00T |
| 35 | CD duplication | CD Duplication (5 x 7 sets) | 20.00 | 700.00T |
| 1 | CD Creation | creation of ipro viewer and summation dii file and cd burn | 30.00 | 30.00T |
| 2,048 | Scanning | scanning | 0.14 | 286.72T |
| 1 | CD Creation | creation of PDF files and CD burn | 30.00 | 30.00T |
| 3 | CD duplication | CD duplication | 20.00 | 60.00T |
| 3 | Billable Hours | manipulation of data and exhibits | 70.00 | 210.00T |

## THANK YOU FOR YOUR BUSINESS

| | |
|---|---|
| **Subtotal** | $6,242.13 |
| **Sales Tax (7.0%)** | $436.95 |
| **Total** | **$6,679.08** |


EXHIBIT
44

# LEGAL IMAGING SOLUTIONS

1001 Farnam Street
Suite LL03
OMAHA, NE  68102
(402) 341-0440

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/16/2009 | P2193 |

Bill To

Kutak Rock
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186

| Client Matter # | Terms | Rep | Project |
|-----------------|-------|-----|---------|
| WWPTrial Exhibit CDs | Net 30 | BDB | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 19 | CD Creation | creation of PDF files and CD burn | 30.00 | 570.00T |
| 37 | CD duplication | cd duplication | 20.00 | 740.00T |
| | | (18 x 3  &  1 x 2) | | |

*THANK YOU FOR YOUR BUSINESS*

| | |
|---|---|
| **Subtotal** | $1,310.00 |
| **Sales Tax  (7.0%)** | $91.70 |
| **Total** | **$1,401.70** |


EXHIBIT
22

# OfficeMax®

EDWARDSVILLE, KS 66611

# Invoice

## Customer Service
### Call us with any questions at
### 1-877-969-6629

Shipped To: 01
KUTAK ROCK LLP
THE OMAHA BUILDING
1650 FARNAM ST
OMAHA NE 68102-2104

|  |  |
|---|---|
| | **ORIGINAL** |
| Page No. | 1 of 1 |
| Invoice # | 436242 |
| Invoice Date | 08/18/09 |
| Purchase Order | 94804160 |
| Account # | 422736 |
| Bill to # | BILL01 |

*
KUTAK ROCK LLP          25
THE OMAHA BUILDING
1650 FARNAM ST
OMAHA NE 68102-2186



Q152082

*100049n* (handwritten)

| Loc | Order Date | Ship Date | Ordered By | Shipped Via | Shipping Terms - FOB | Federal I.D. |
|---|---|---|---|---|---|---|
| 25 | 08/17/09 | 08/18/09 | B LAMBRECHT | CAP OMHA | PREPAID | 82-0100960 |

## Detail

| Qty. | Unit | Product Code | Description | Price Per Unit | Amount |
|---|---|---|---|---|---|
| | | | PHONE#(402)346-6000 E#1226 | | |
| 1 | DZ | N1 44120 | PEN,JIMNIE RBALL MD BE | 4.08& DZ | 4.08 |
| 1 | PK | A2 OM96211 | 1"FLAGS SIGN HERE"PRINTE | 2.33& PK | 2.33 |
| 3 | PK | H4 OM99802 | CLIPS,SM BK BNDR 36/PK | .26& PK | .78 |
| 35 | EA | L2 27003 | 1"BLK DURABLEVIEW PRESEN | 2.40& EA | 84.00 |
| 8 | BX | F1 OM01972 | FLDR,FILE 1/3 LTR 100BX | 3.08& BX | 24.64 |
| 2 | EA | L9 DL2032BPK | BAT,LITHI 3V | 2.38 EA | 4.76 |
| 25 | EA | L2 A7025978A | CVR,RPRT RD SIDE-BD | .35& EA | 8.75 |
| 25 | EA | L2 A7017921 | CVR,RPRT BK TOP-BD | .48& EA | 12.00 |
| | | | $3.95 SM. ORDER FEE IF ORDER IS LESS THAN $50 | | |

*1310201-2  89.88* (handwritten)

*548040101  $61.35* (handwritten)
*RC 8/20/09* (handwritten)

|  |  |
|---|---|
| MDSE AMOUNT | 141.34 |
| SALES TAX | 9.89 |
| LOCAL - S & H CHARGED | 4.24 |
| S & H ALLOWED | 4.24- |
| | -------- |
| TOTAL INVOICE | 151.23 |
| AMT PAID VIA CREDIT CARD | 151.23- |
| TOTAL DUE | .00 |

TP1 00000000 N00XE00V

0 W4 00 EDI 888

---

# OfficeMax®    Remittance

**Our new W-9 is now available at http://about.officemax.com/html/officemax_company_facts.shtml**

Sold To:

KUTAK ROCK LLP          25
THE OMAHA BUILDING
1650 FARNAM ST
OMAHA NE 68102-2186

### Send Payment To:
OfficeMax Contract Inc.

75 REMITTANCE DR #2698
CHICAGO, IL 60675-2698

|  |  |
|---|---|
| Account # 422736 | BILL01 |
| Invoice # | 436242 |
| Invoice Date | 08/18/09 |
| Payment Terms | PAID BY CREDIT |
| **Invoice Amount** | .00 |



EXHIBIT
aaa

VE# 113004

0002504 C

# OfficeMax®

EDWARDSVILLE, KS 66611

## Customer Service
Call us with any questions at

1-877-969-6629

Shipped To: 01
KUTAK ROCK LLP
THE OMAHA BUILDING
1650 FARNAM ST
OMAHA NE 68102-2104

| | |
|---|---|
| Page No. | 1 of 2 |
| Invoice # | 130102 |
| Invoice Date | 09/15/09 |
| Purchase Order | 95607107 |
| Account # | 422736 |
| Bill to # | BILL01 |

KUTAK ROCK LLP           25
THE OMAHA BUILDING
1650 FARNAM ST
OMAHA NE 68102-2186



Q152393

1000490

| Loc | Order Date | Ship Date | Ordered By | Shipped Via | Shipping Terms - FOB | Federal I.D. |
|---|---|---|---|---|---|---|
| 25 | 09/14/09 | 09/15/09 | B LAMBRECHT | CAP OMHA | PREPAID | 82-0100960 |

## Detail

| Qty. | Unit | Product Code | Description | Price Per Unit | Amount |
|---|---|---|---|---|---|
| | | | PHONE#(402)346-6000 E#1226 | | |
| 1 | CT | P1 MP1054 | PPR,X-9+ 20# WE 8.5X14 | 49.99& CT | 49.99 |
| 3 | BX | F1 OM01972 | FLDR,FILE 1/3 LTR 100BX | 3.08& BX | 9.24 |
| 1 | DZ | N2 BL11-PK | HIGHLIGHTER, PK F | .96& DZ | .96 |
| 2 | RL | A9 652 | TAPE,NOTE WE 1/3X700 IN | .60& RL | 1.20 |
| 1 | DZ | N1 9610131 | PEN,BALL FLEXGRIP M BE | 2.69& DZ | 2.69 |
| 1 | DZ | N1 9630131 | PEN,BALL FLEXGRIP M BK | 2.69& DZ | 2.69 |
| 1 | DZ | N1 65871 | PEN,UNIBALL GEL RT BE | 6.43& DZ | 6.43 |
| 1 | DZ | P3 OM97319 | PAD,LGL RLD WE 8.5X113/4 | 2.85& DZ | 2.85 |
| 1 | DZ | P3 OM97315 | PAD,LGL RLD CA 8.5X113/4 | 2.85& DZ | 2.85 |
| 6 | EA | L2 27256 | BINDER,LBLHLDR 1CAP BK | .78& EA | 4.68 |
| | PK | F5 57001 | TAB,LGL 101-200 100/PK | | |
| | | | ORD   1PK NOT STOCKED LOCALLY | | |
| | | | Item no longer available | | |
| | | | and has been cancelled. | | |
| | | | Please call Customer | | |
| | | | Service for assistance | | |
| | | | in ordering an | | |
| | | | alternative item. | | |
| 15 | EA | L2 08702 | BINDER,SLANT 3" BK LBL | 2.74& EA | 41.10 |
| 15 | EA | L2 07801 | BINDER,SLANT 4" BK | 18.31 EA | 274.65 |
| 5 | RM | P1 MP1057 | PPR,X-9+ 20# WE 11X17 | 7.99& RM | 39.95 |
| | | | $3.95 SM. ORDER FEE IF ORDER IS LESS THAN $50 | | |

Continued

TP1 00000000 N00XE00V                         0 W4 00 EDI 888

---

# OfficeMax®

Our new W-9 is now available at http://about.officemax.com/html/officemax_company_facts.shtml

Sold To:

KUTAK ROCK LLP            25
THE OMAHA BUILDING
1650 FARNAM ST
OMAHA NE 68102-2186

## Send Payment To:
OfficeMax Contract Inc.

75 REMITTANCE DR #2698
CHICAGO, IL 60675-2698

| | | |
|---|---|---|
| Account # | 422736 | BILL01 |
| Invoice # | 130102 | |
| Invoice Date | 09/15/09 | |
| Payment Terms | PAID BY CREDIT | |
| **Invoice Amount** | | **.00** |

EXHIBIT
bbb

VER 113004

# OfficeMax

EDWARDSVILLE, KS 66611

Shipped To: 01
KUTAK ROCK LLP
THE OMAHA BUILDING
1650 FARNAM ST
OMAHA NE 68102-2104

|                  |            |
|------------------|-----------:|
| Page No.         | ORIGINAL<br>2 of 2 |
| Invoice #        | 130102     |
| Invoice Date     | 09/15/09   |
| Purchase Order   | 95607107   |
| Account #        | 422736     |
| Bill to #        | BILL01     |

## Detail

| Qty. | Unit | Product Code | Description | Price Per Unit | Amount |
|------|------|--------------|-------------|----------------|--------|
|      |      |              |             |                |        |

|                              |         |
|------------------------------|--------:|
| MDSE AMOUNT                  | 439.28  |
| SALES TAX                    | 30.75   |
| LOCAL - S & H CHARGED        | 13.17   |
| S & H ALLOWED                | 13.17-  |
|                              | --------|
| TOTAL INVOICE                | 470.03  |
| AMT PAID VIA CREDIT CARD     | 470.03- |
| TOTAL DUE                    | .00     |

VER 113006

0002838 C