IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WWP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV370 |
| | ) | |
| v. | ) | |
| | ) | |
| WOUNDED WARRIORS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to amend caption (Filing No. 346).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the docket and caption and all other necessary references in this action shall be and the same are amended to recognize and reflect that defendant's name was changed on April 27, 2009, from Wounded Warriors, Inc., to Wounded Warriors Family Support, Inc.

DATED this 5th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court