IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                        )
                                  )
            Plaintiff,            )      8:07CV370
                                  )
       v.                         )
                                  )
WOUNDED WARRIORS FAMILY           )      ORDER AND
SUPPORT, INC.,                    )      AMENDED JUDGMENT
                                  )
            Defendant.            )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's renewed motion for judgment as a matter of law or alternative motion for a new trial or to alter or amend the judgment (Filing No. 334) is denied; and

2) Plaintiff's motion to alter or amend judgment (Filing No. 336) is granted to the extent consistent with the memorandum opinion entered this date. Judgment entered in this matter shall be amended to reflect the findings of fact and conclusions of law contained in the memorandum opinion. Defendant is permanently enjoined from using the http://www.woundedwarriors.org/ website. This injunction includes permanently prohibiting defendant from placing any content on the http://www.woundedwarriors.org/ website and from

redirecting, linking, or otherwise transferring visitors to the http://www.woundedwarriors.org/ website to any other website.

DATED this 28th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court