```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

WWP, INC.,                      )
                                )
          Plaintiff,            )          8:07CV370
                                )
     v.                         )
                                )
WOUNDED WARRIORS FAMILY         )          ORDER
SUPPORT, INC.,                  )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion to withdraw application to determine garnishee liability (Filing No. 408). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to withdraw application to determine garnishee liability (Filing No. 399) is withdrawn. The hearing scheduled for May 13, 2010, is cancelled.

DATED this 5th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court