IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                      )
                                )
          Plaintiff,            )       8:07CV370
                                )
     v.                         )
                                )
WOUNDED WARRIORS, INC.,         )       ORDER
                                )
          Defendant.            )
_____)
```

Pursuant to 28 U.S.C. § 636,

IT IS ORDERED that the following matter is referred to Magistrate Judge F.A. Gossett, III:

> plaintiff's motion for judgment
> debtor's exam in aid of execution
> (Filing No. 403).

DATED this 26th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court