```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

WWP, INC.,                      )
                                )
            Plaintiff,          )          8:07CV370
                                )
     v.                         )
                                )
WOUNDED WARRIORS, INC.,         )            ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court after notice that Magistrate Judge Gossett is recused from holding the debtor's exam.  Pursuant to 28 U.S.C. § 636,

IT IS ORDERED that the following matter is referred to Magistrate Judge Thomas D. Thalken:

>  plaintiff's motion for judgment
>  debtor's exam in aid of execution
>  (Filing No. 403).

DATED this 27th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court