IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                      )
                                )
            Plaintiff,          )       8:07CV370
                                )
     v.                         )
                                )
WOUNDED WARRIORS FAMILY         )       ORDER
SUPPORT, INC.,                  )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for release of preliminary injunction bond (Filing No. 425). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for release of preliminary injunction bond is granted;

2) WWP's preliminary injunction bond, Bond Number 105014911 is fully and unconditionally discharged and released. Travelers Casualty and Surety Company of America, its parents, affiliates and subsidiaries are hereby released from any and all past, present and future liability under said bond.

DATED this 18th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court