IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                     )
                               )
              Plaintiff,       )          8:07CV370
                               )
         v.                    )
                               )
WOUNDED WARRIORS FAMILY        )          ORDER
SUPPORT, INC.,                 )
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to release deposited funds (Filing No. 446). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to release deposited funds is granted;

2) The funds deposited with the Clerk of the United States District Court by PayPal, Inc., and D.A. Davidson & Co., Inc., shall be released to WWP, Inc. The funds shall be released to WWP, Inc.'s attorney of record:

> WWP, Inc.
> c/o Errol Copilevitz
> Copilevitz & Canter, LLC
> 310 West 20th Street, Suite 300
> Kansas City, MO 64108

DATED this 9th day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court