IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WWP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV370 |
| | ) | |
| v. | ) | |
| | ) | |
| WOUNDED WARRIORS FAMILY | ) | ORDER |
| SUPPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to release deposited funds (Filing No. 474). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to release deposited funds is granted;

2) The funds deposited with the Clerk of the United States District Court by Great Western Bank in the amount of $25,986.94 shall be released to WWP, Inc. The funds shall be released to WWP, Inc.'s attorney of record:

>    Wounded Warrior Project, Inc.
>    c/o Steven Nardizzi
>    7020 A.C. Skinner Parkway, Suite 100
>    Jacksonville, FL 32256

DATED this 6th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court