**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| WWP, INC., | ) | Case No. 8:07-cv-00370-LES-FG3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR ENTRY OF PARTIAL** |
| | ) | **SATISFACTION OF JUDGMENT** |
| WOUNDED WARRIORS FAMILY | ) | |
| SUPPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, Wounded Warriors Family Support, Inc., by and through undersigned counsel and hereby moves the Court for entry of an order acknowledging Defendant's partial satisfaction of the judgment entered against it in the above-captioned matter through garnishment, execution and voluntary payment to date in the total amount of $898,241.73.  In support of its Motion, Defendant states that counsel have attempted to resolve their differences without Court intervention, but that such efforts have been fruitless.  In further support of its Motion, Defendant files contemporaneously herewith a Brief and Index of Evidence in support.

DATED this 15th day of August, 2011.

WOUNDED WARRIORS FAMILY
SUPPORT, INC., Defendant

By: s/Justin D. Eichmann
　　 D.C. Bradford - #10402
　　 Justin D. Eichmann - #22405
　　 BRADFORD & COENEN LLC
　　 1620 Dodge Street, Suite 1800
　　 Omaha, Nebraska 68102-1505
　　 (402) 342-4200 Telephone
　　 (402) 342-4202 Facsimile
　　 wbradford@bradfordcoenen.com
　　 jeichmann@bradfordcoenen.com
　　 *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2011, I electronically filed the foregoing **Motion** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Bartholomew L. McLeay - bart.mcleay@kutakrock.com
Thomas J. Kenny - thomas.kenny@kutakrock.com
Suzanne M. Shehan - suzanne.shehan@kutakrock.com
Amber A. Furbee - aallred@woundedwarriorproject.org
Mark E. Copilevitz - ec@cckc-law.com

s/Justin D. Eichmann
Justin D. Eichmann - #22405
BRADFORD & COENEN LLC
1620 Dodge Street, Suite 1800
Omaha, Nebraska 68102-1505
(402) 342-4200 Telephone
(402) 342-4202 Facsimile
jeichmann@bradfordcoenen.com

00080628.doc                                      2