IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                         )
                                   )
          Plaintiff,               )         8:07CV370
                                   )
     v.                            )
                                   )
WOUNDED WARRIORS FAMILY            )         ORDER
SUPPORT, INC.,                     )
                                   )
          Defendant.               )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file opposition brief to defendant's motion for partial satisfaction of judgment (Filing No. 493). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Plaintiff shall have until September 12, 2011, to file its response to defendant's motion for partial satisfaction of judgment.

DATED this 2nd day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court