IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WWP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV370 |
| | ) | |
| v. | ) | |
| | ) | |
| WOUNDED WARRIORS FAMILY SUPPORT, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's amended application to deliver non-exempt funds from garnishee Great Western Bank (Filing No. 488).  The Court finds:

1) The garnishee Great Western Bank has property, credits, or money belonging to the judgment debtor, Wounded Warriors Family Support, Inc., other than earnings.

2) That there is not a successful written objection to the order or the answer of the garnishee filed.

3) That the judgment debtor was not already being garnished pursuant to a continuing lien at the time the garnishment was served.  Accordingly,

IT IS ORDERED:

1) That the non-exempt funds held by the garnishee Great Western Bank in the amount of $7,641.10 be transferred to the Court for payment to WWP, Inc., which is entitled to the same.  Upon compliance with the order, garnishee Great Western Bank is released and discharged.

2) The Clerk shall mail a copy of this order and Filing Nos. 483 and 488 to garnishee Great Western Bank at: Registered Agent: Daniel A. Hamann, Suite 203, 9290 West Dodge Road, Omaha, Nebraska 68114.

DATED this 21st day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court