IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WWP, INC.,                       )
                                 )
          Plaintiff,             )       8:07CV370
                                 )
     v.                          )
                                 )
WOUNDED WARRIORS FAMILY          )       ORDER
SUPPORT, INC.,                   )
                                 )
          Defendant.             )
_____)
```

This matter is before the Court on defendant's motion for leave to file request for oral argument out of time (Filing No. 504). The Court finds the motion should be granted and will schedule oral argument on all pending motions. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for leave to file request for oral argument out of time is granted.

2) Oral argument on all pending motions is scheduled for:

**Tuesday, December 20, 2011, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 13th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court