**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| WOUNDED WARRIOR PROJECT, INC., | ) | Case No. 8:07-cv-00370-LES-FG3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR LEAVE TO** |
| | ) | **DEPOSIT FUNDS WITH THE** |
| WOUNDED WARRIORS FAMILY | ) | **COURT CLERK AND FOR** |
| SUPPORT, INC., | ) | **ENTRY OF SATISFACTION** |
| | ) | **OF JUDGMENT** |
| Defendant. | ) | |

COMES NOW, Defendant, Wounded Warriors Family Support, Inc., by and through undersigned counsel and hereby moves the Court for entry of an order granting Defendant leave to deposit with the Court Clerk funds sufficient to satisfy the judgment entered against Defendant in the above-captioned matter, as well as for of a further order following such deposit acknowledging Defendant's satisfaction of the judgment entered against it in the above-captioned matter.  In support of its Motion, Defendant states and alleges as follows:

1.     That on or about October 22, 2009, the Court entered an Order and Judgment (filing no. 332) awarding Plaintiff, Wounded Warrior Project, Inc., a money against Defendant, Wounded Warriors Family Support, Inc., in the total amount of $1,692,719.00.

2.     That on or about December 29, 2011, the Court entered a Memorandum and Order (filing no. 511) sustaining Defendant's previous Motion for Entry of Partial Satisfaction of Judgment (filing no. 489) and acknowledging Defendant's partial satisfaction of the judgment entered against it herein in the total amount of $898,241.73.

3.     That as of the present date, there remains judgment interest and principal due and owing to Plaintiff on the Court's Order and Judgment (filing no. 332) the total amount of

$803,385.49.  *See* Affidavit of Justin D. Eichmann dated January 4, 2012 which has been filed as Exhibit 1 to Defendant's Index in Support hereof at ¶¶4-6 and Exhibit A thereto.

4.     That Defendant has deposited with the undersigned's lawyers trust account funds sufficient to satisfy all amounts which remain due and owing to Plaintiff on the Court's Order and Judgment (filing no. 332).  *See* id.

5.     That immediately upon the Court's entry of an order granting Defendant leave to deposit with the Court Clerk funds sufficient to satisfy the judgment entered against Defendant in the above-captioned matter, the undersigned is prepared to deliver such funds to the Court Clerk for subsequent disbursement to Plaintiff at which time, Defendant shall have completely satisfied the money judgment entered against it in the above-captioned matter.  *See* id.

WHEREFORE, Defendant, Wounded Warriors Family Support, Inc, respectfully requests that the Court enter an order granting Defendant leave to deposit with the Court Clerk funds sufficient to satisfy the judgment entered against Defendant in the above-captioned matter, as well as for entry of a further order following such deposit acknowledging Defendant's satisfaction of the judgment entered against it in the above-captioned matter.

DATED this 4th day of January, 2012.

WOUNDED WARRIORS FAMILY
SUPPORT, INC., Defendant

By: s/Justin D. Eichmann
    D.C. Bradford - #10402
    Justin D. Eichmann - #22405
    BRADFORD & COENEN LLC
    1620 Dodge Street, Suite 1800
    Omaha, Nebraska 68102-1505
    (402) 342-4200 Telephone
    (402) 342-4202 Facsimile
    wbradford@bradfordcoenen.com
    jeichmann@bradfordcoenen.com
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2012, I electronically filed the foregoing **Motion** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Bartholomew L. McLeay - bart.mcleay@kutakrock.com
Thomas J. Kenny - thomas.kenny@kutakrock.com
Suzanne M. Shehan - suzanne.shehan@kutakrock.com
Amber A. Furbee - aallred@woundedwarriorproject.org
Mark E. Copilevitz - ec@cckc-law.com

 s/Justin D. Eichmann
Justin D. Eichmann - #22405
BRADFORD & COENEN LLC
1620 Dodge Street, Suite 1800
Omaha, Nebraska 68102-1505
(402) 342-4200 Telephone
(402) 342-4202 Facsimile
jeichmann@bradfordcoenen.com