```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

WWP, INC.,                      )
                                )
               Plaintiff,       )         8:07CV370
                                )
          v.                    )
                                )
WOUNDED WARRIORS FAMILY         )         ORDER
SUPPORT, INC.,                  )
                                )
               Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion to release deposited funds (Filing No. 517). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to release deposited funds is granted;

2) The funds deposited with the Clerk of the United States District Court by Great Western Bank in the amount of $7,641.10 shall be released to WWP, Inc. The funds shall be released to WWP, Inc.'s attorney of record:

        Wounded Warrior Project, Inc.
        c/o Steven Nardizzi
        7020 A.C. Skinner Parkway, Suite 100
        Jacksonville, FL 32256

DATED this 8th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court